

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORENZO FOREMAN, ET. AL | : | CIVIL NO. 3:01CV0061(CFD) |
| V. | : | |
| STATE OF CONNECTICUT, ET.AL., | : | OCTOBER 3, 2003 |

### DEFENDANTS' MOTION FOR RECONSIDERATION

The defendants, with the consent of plaintiffs' counsel, respectfully move for reconsideration and file an accompanying affidavit in support of this motion. In summary, the defendants respectfully represent that:

1. This is a civil rights action brought by former state prisoners committed to the custody of the Commissioner of Correction with civil contempt charges who allege they were strip searched and who challenge the constitutionality of an alleged "blanket strip search policy" at the New Haven Correctional Center. Because of the nature of the case, and with the consent of the parties, this case was referred to Magistrate Judge Garfinkel for settlement purposes.

2. At the settlement conference with Judge Garfinkel the defendants raised the issue of plaintiffs' then pending motion for partial summary judgment, and the deadline for response.

3. Judge Garfinkel advised the defendants that the deadline for a response would be stayed pending settlement discussions, and that his chambers would notify the chambers of Judge Droney.

4. The defendants' counsel undersigned below had the clear understanding that no response was necessary to plaintiffs' pending motion, and therefore no response was filed pending the ongoing settlement discussions.

*[Margin annotation, handwritten/stamped:]* GRANTED. After reconsideration, the Court's Ruling on the plaintiff's Partial Motion for Summary Judgment, dated September 2003, is VACATED. So ordered. Christopher F. Droney, United States District Judge 10/20/03

1