UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 19 P 5:05

LORENZO D. FOREMAN, et al.
  Plaintiffs,

v.

STATE OF CONNECTICUT,
JOHN ARMSTRONG, et al.
  Defendants.

Civil Action No. 3:01CV61 (CFD)

## RULING

Pending is the Motion of Plaintiff Charles Campbell's for Partial Summary Judgment on Count One of the Third Amended Complaint [Doc. # 51]. The motion is DENIED, without prejudice, in light of the pending settlement discussions. Campbell may file a notice reasserting this motion as of the original filing date if the parties do not reach a settlement agreement.

SO ORDERED this 19th day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1