**PLAINTIFF'S COUNSEL WILL
INITIATE THE CALL
Chambers: 860-240-2635**