# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO D. FOREMAN, et al.<br>  Plaintiffs, | :<br>:<br>: |
| v. | : Civil Action No. 3:01CV61 (CFD) |
| | : |
| STATE OF CONNECTICUT,<br>JOHN ARMSTRONG, et al.<br>  Defendants. | :<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending:  (orefm.)

____  A ruling on the following motion which is currently pending:  (orefm.)

__X__  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following:  (orefmisc./cnf)

____  Other:  (orefmisc./misc)  _____

SO ORDERED this 18th day of October 2004, at Hartford, Connecticut.

                                /s/ CFD
                                Christopher F. Droney
                                United States District Judge