**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LORENZO FOREMAN, ET AL.** | **:** | **CIVIL NO. 3:01CV0061(CFD)** |
| | **:** | |
| **V.** | **:** | |
| | **:** | |
| **STATE OF CONNECTICUT, ET AL.** | **:** | |

## UNOPPOSED L.R. 83.1(d) MOTION FOR ADMISSION OF VISITING LAWYER PRO HAC VICE

Plaintiffs respectfully request that this Court admit Gregory A. Belzley to practice this case as a visiting lawyer on behalf of Plaintiffs, pursuant to L.R. 83.1(d).  Mr. Belzley's involvement in this case is necessitated by the unfortunate passing of Thomas Kelly, who was lead counsel for Plaintiffs in this action.  As set forth in the attached affidavit, Mr. Belzley is very experienced in actions of this nature, and is a member in good standing of all Bars of which he is a member.  Plaintiffs believe that Mr. Belzley's experience would be invaluable on class action and settlement issues, and to the orderly and efficient resolution of this case.

**Counsel for Defendants has advised that he has no objection to this motion.**  The $25.00 fee required by L.R. 83.1(d)(2) is enclosed.

**WHEREFORE,** Plaintiffs respectfully request that this Court grant Gregory A. Belzley permission to practice this case as a visiting attorney pursuant to L.R. 83.1(d).

Respectfully submitted,

_____
Anthony A. Wallace, Esq.
WALLACE & O'NEILL
500 Central Avenue
Hartford, CT  06105
Telephone:  (860) 808-5440
CT Bar No. 08881

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2004, a true and accurate copy of

the within L.R. 83.1(d) Motion for Admission of Visiting Lawyer Pro Hac Vice was mailed,

postage prepaid, to:

Terrence M. O'Neill                     Gregory A. Belzley, Esq.
Steven R. Strom                         DINSMORE & SHOHL, LLP
Assistant Attorneys General             1400 PNC Plaza
110 Sherman Street                      500 West Jefferson Street
Hartford, CT  06105                     Louisville, KY  40202



_____
Anthony A. Wallace, Esq.

96150v1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LORENZO FOREMAN, ET AL.** | **:** | **CIVIL NO. 3:01CV0061(CFD)** |
| | **:** | |
| **V.** | **:** | |
| | **:** | |
| **STATE OF CONNECTICUT, ET AL.** | **:** | |

## ORDER

Upon motion, and after consideration of same,

**IT IS HEREBY ORDERED** that Plaintiffs' L.R. 83.1(d) motion for the admission of

Gregory A. Belzley is hereby granted, and Mr. Belzley is permitted to practice this case pursuant

to the provisions of L.R. 83.1(d).


_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**
**Date:** _____


**TENDERED BY:**



_____
Anthony A. Wallace, Esq.
WALLACE & O'NEILL
500 Central Avenue
Hartford, CT  06105
Telephone:  (860) 808-5440
CT Bar No. 08881

*Counsel for Plaintiffs*