UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LORENZO FOREMAN, ET AL.** | : | CIVIL NO. 3:01CV0061(CFD) |
| | : | |
| V. | : | |
| | : | |
| **STATE OF CONNECTICUT, ET AL.** | : | NOVEMBER 30, 2004 |

**AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE***

The undersigned, in support of Plaintiffs' request that he be admitted *pro hac vice* to practice this case before this Court, would respectfully state as follows:

1. My name is Gregory A. Belzley. I live at 3604 Constantine Drive, Prospect, Kentucky (just outside Louisville, Kentucky), and am a partner with the Louisville, Kentucky office of the law firm of Dinsmore & Shohl LLP (which has its principal office in Cincinnati, Ohio). My office address is 1400 PNC Plaza, 500 West Jefferson Street, 14th Floor, Louisville, Kentucky 40202. My office's general number is (502) 540-2300, and its fax number is (502) 585-2207. My direct dial number is (502) 540-2329, and my e-mail address is gregory.belzley@dinslaw.com. My cell phone number is (502) 494-6186. My firm's website is at www.dinslaw.com.

3. I graduated from the University of Texas Law School in 1980. I have been involved continuously in the practice of law since that time. I am a member in good standing with the Bars of Texas and Kentucky. I am also admitted to practice before the Federal District Courts for the Eastern and Western Districts of Kentucky, and before the First, Fifth and Sixth United States Circuit Courts of Appeal. In 1989, I was admitted to the Bar of the Supreme Court of the United States of America. I enjoy an "AV" rating by Martindale-Hubbell. I have

not been subject to any disciplinary proceedings while a practicing member of the Bar, nor are any pending against me.

2. Litigation is my area of specialty, and in the course of my career, I have represented plaintiffs and defendants in a variety of cases involving personal injury, products liability, contracts, securities, oil and gas issues, medical devices and civil rights. I have also represented clients who were involved in nationwide multi-district or class action litigation.

6. I have represented plaintiffs in litigation concerning illegal strip-searches almost continuously since 1987. In the course of that experience, I have: (a) tried one strip-search case to a jury verdict; (b) negotiated the settlement of some two-dozen individual strip-search claims; (c) argued five appeals before United States Courts of Appeals -- two in the First Circuit, and three in the Sixth Circuit -- that involved strip-search issues; and (d) was lead counsel in two strip-search class actions in Kentucky. I have been consulted by counsel handling strip-search cases in Chicago, New York City, Boston, Providence, Rhode Island and Orlando, Florida. As a consequence of this experience, I am thoroughly familiar with the law concerning strip-searches, as well as procedural issues that can arise in the litigation and trial of such cases.

4. I have never been denied *pro hac vice* admission by any court to practice a case, with one exception. In 2000, I moved for *pro hac vice* admission in the case of *Roberts v. Rhode Island*, C.A. No. 99-259ML, which was pending in the United States District Court for the District of Rhode Island before the Honorable Mary M. Lisi. *Roberts* involved strip-searches at the Adult Correctional Institution in Cranston, Rhode Island. Judge Lisi, without oral argument or explanation, denied my motion for *pro hac vice* admission in that case. I was not then, nor have I ever been, in poor standing with any Bar of which I am a member, nor was I subject at that time or at any other time to Bar disciplinary proceedings. Judge Lisi subsequently enjoined

the strip-searches in issue in that case, and the State of Rhode Island appealed Judge Lisi's injunction. The United States Court of Appeal for the First Circuit permitted me to defend Judge Lisi's decision on appeal, including both preparation of the brief and oral argument. After the First Circuit affirmed Judge Lisi's ruling, *see Roberts v. Rhode Island,* 231 F.3d 107 (1st Cir. 2001), Judge Lisi granted my motion for admission *pro hac vice* to represent the plaintiffs in *Savard v. Rhode Island,* C.A. No.00261ML, which was filed to recover damages for persons who were strip-searched under Rhode Island's policies.

      5.      I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut. I hereby submit myself fully to the jurisdiction of this Court, and I will strictly adhere to and abide by all the rules of this Court as well as the ethical rules applicable to lawyers practicing in Connecticut.

                                                                                    _____
                                                                                     Gregory A. Belzley
                                                                                     DINSMORE & SHOHL LLP
                                                                                     1400 PNC Plaza
                                                                                     500 West Jefferson Street
                                                                                     Louisville, KY  40202-2810

**STATE OF KENTUCKY**    )

**COUNTY OF JEFFERSON** )

      The foregoing certification was subscribed and sworn to before this _____ day of _____, 2004.

                                                                                   _____
                                                                                  Notary Public

                                                                                  My Commission Expires: _____

96150v2