UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JAN -3 A 11: 11
U.S. DISTRICT COURT
HARTFORD, CT.

LORENZO D. FOREMAN, et al. :
    Plaintiffs, :
v. :    CA no. 3:01cv61
 :
STATE OF CONNECTICUT, et al. :
    Defendants :

### MOTION TO WITHDRAW

Now comes Jeremy W. Howe, Esquire, as substitute counsel for attorney Thomas Kelly, attorney for the Plaintiffs in the above-entitled matter and respectfully represents as follows:

1. Attorney Thomas Kelly was co-counsel on the above-mentioned case with in-state attorney Anthony A. Wallace of New Haven, Connecticut.
2. Attorney Thomas Kelly passed away on August 7, 2004. A certified copy of the death certificate is attached to this Motion.
3. On August 6, 2004, attorney Jeremy W. Howe was appointed "substitute counsel" for attorney Thomas Kelly by order of the Rhode Island Supreme Court to "take such action as he shall deem indicated to protect the interests of Attorney Kelly and his clients." A photocopy of the order is also attached to this Motion.
4. Attorney Greg A. Belzley has entered his appearance on behalf of the plaintiffs.
5. Attorney Anthony A. Wallace also remains as in-state co-counsel for the plaintiffs.

WHEREFORE, attorney Jeremy W. Howe moves to withdraw attorney Thomas Kelly as counsel of record in this case, and that a "Suggestion of Death" be entered on the record.

                                                  _/s/ Jeremy W. Howe_
                                                  Jeremy W. Howe, Esq. (#1219)
                                                  55 Memorial Blvd. Unit 5
                                                  Newport, RI 02840
                                                  (401) 841-5700

APPROVED:                                               ENTERED:

_____                    _____
Justice                                                         Clerk

## CERTIFICATION

    I hereby certify that on this 30th day of December, 2004, I mailed a true and accurate copy of the within Motion, postage prepaid, to: Anthony Wallace, Esq. at 500 Central Avenue in New Haven CT 06515, Gregory A Belzley, Esq. at 1400 PNC Plaza, 14th floor, 500 W. Jefferson Street in Louisville, KY 40202, Terrance O'Neill, Esq. at the Office of Attorney General, 110 Sherman Street in Hartford, CT 06105 and Steven R. Strom, Esq. at the Office of Attorney General, 110 Sherman Street in Hartford, CT 06105.

                                                                 */s/ Kristy McCluskey*
                                                                 Kristy McCluskey

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## RHODE ISLAND DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

PHYSICIANS MUST COMPLETE SHADED AREAS ONLY. FUNERAL HOME MUST COMPLETE UNSHADED AREAS.

LOCAL FILE NUMBER: 2004-257

**DECEDENT**
- 1. DECEASED — FIRST: THOMAS  MIDDLE: WILLIAM  LAST: KELLY
- 2. SEX: MALE
- 3. DATE OF DEATH: 8-7-04
- 4a. HOSPITAL OR OTHER INSTITUTION: NEWPORT HOSPITAL
- 4b. CITY, TOWN, OR LOCATION OF DEATH: NEWPORT
- 5a. AGE — LAST BIRTHDAY: 56
- 6. DATE OF BIRTH: MARCH 6, 1948
- 7. BIRTHPLACE: DANBURY, CT
- 8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: YES  NAME WAR: VIETNAM
- 9a. RACE: WHITE
- 9b. ETHNIC ORIGIN: AMERICAN
- 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: DIVORCED
- 11. SPOUSE: —
- 12. SOCIAL SECURITY NUMBER: 046-40-?359
- 13a. USUAL OCCUPATION: ATTORNEY
- 13b. KIND OF BUSINESS OR INDUSTRY: LEGAL
- 14a. RESIDENCE ADDRESS: 10 BULL STREET
- 14b. CITY OR TOWN OF RESIDENCE, STATE & ZIP CODE: NEWPORT, RI 02840
- 15. MAILING ADDRESS: —

**PARENTS**
- 16. FATHER: JOHN W. KELLY
- 17. MOTHER — FIRST: JOSEPHINE  MAIDEN NAME: McCLOSKY
- 18a. INFORMANT: MEAGHAN MARTIN KELLY
- 18b. MAILING ADDRESS: P.O. BOX 2493, NEWPORT, RI 02840

**DISPOSITION**
- 19a. BURIAL/CREMATION: CREMATION
- 19b. PLACE OF DISPOSITION: SWAN POINT CREMATORY
- CITY OR TOWN: PROVIDENCE  STATE: RI
- 20a. SIGNATURE OF FUNERAL HOME LICENSEE: Gail C. Ray
- 20b. FUNERAL HOME — NAME: WARING-SULLIVAN FUNERAL HOMES
- 20c. LICENSE NUMBER: 1028
- 20d. FUNERAL HOME ADDRESS: 178 WINTER STREET, FALL RIVER, MA 02720

**CERTIFIER**
- 21a. Signature
- 21b. Degree: M.D.
- 21c. License Number
- 21d. Date Signed: 8-7-04
- 22. NAME OF CERTIFIER: Katherine Vaterano
- 23. TYPE OF HOSPITAL: Inpatient
- 24. HOUR OF DEATH: 2:30 a.m.
- 25. ADDRESS OF CERTIFIER: 11 Friendship Street, Newport, RI 02840
- 26. WAS DEATH REFERRED TO MEDICAL EXAMINER: NO
- 27. LENGTH OF ATTENDANCE: weeks

**REGISTRAR**
- 28a. Signature: Kathleen M. Silvia
- 28b. FILE DATE: AUG 10 2004

**CAUSE OF DEATH**
- PART I.
  - a. IMMEDIATE CAUSE: End stage liver disease — weeks
  - b. DUE TO: Alcohol abuse
  - c. DUE TO:
- PART II. Other significant conditions: acute renal failure, coagulopathy, thrombocytopenia
- AUTOPSY: No
- 31a. ACCIDENT: NO
- 31b. DATE OF INJURY: N/A
- 31c. HOUR OF INJURY: N/A
- 31d. DESCRIBE HOW INJURY OCCURRED: N/A
- 31e. INJURY AT WORK: NO
- 31f. PLACE OF INJURY: N/A
- 31g. LOCATION: N/A

VS-2 Rev. 1-88

---

I hereby certify that this is a true and exact copy of the document officially registered and placed on file in the issuing office.

Issuing Office: NEWPORT
Date of Issuance: AUG 10 2004

03228843

Signature of Registrar: Kathleen M. Silvia

THIS COPY VALID ONLY IF ISSUED ON PAPER WITH ENGRAVED BORDER DISPLAYING RAISED SEAL AND SIGNATURE OF STATE OR LOCAL REGISTRAR.

VS-81

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Supreme Court
No. 04-238-M.P.

In re Thomas R. Kelly, Esq.        :

## ORDER

The petition for appointment of substitute counsel for attorney Thomas R. Kelly pursuant to the provisions of Supreme Court Article III, Rule 18, is granted, and attorney Jeremy W. Howe is appointed to inventory the files of Attorney Kelly and to take such action as he shall deem indicated to protect the interests of Attorney Kelly and his clients.

Entered as an Order of this Court this *6th* day of *August 2004.*

By Order,

*[signature]*
Clerk