UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -3 A 11:09
U.S. DISTRICT COURT
HARTFORD, CT

APPEARANCE

CASE NUMBER: 3:01CV-0061(CFD)

3:01CV-0061(CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiffs, Lorenzo Foreman, Charles Campbell and Horace Dodd, Sr., et al.

Lorenzo Foreman, et al., Plaintiffs

-v-

State of Connecticut, et al.

December 13, 2004
**Date**

ct26482
**Connecticut Federal Bar Number**

(502) 540-2329
**Telephone Number**

(502) 585-2207
**Fax Number**

gbelzley@dinslaw.com
**E-mail address**

/Signature/
Gregory A. Belzley
**Print Clearly or Type Name**
DINSMORE & SHOHL, LLP
1400 PNC Plaza
**Address**

500 West Jefferson Street
Louisville, KY 40202-2810

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Terrence M. O'Neill
Steven R. Strom
Assistant Attorneys General
110 Sherman Street
Hartford, CT 06105

Anthony A. Wallace
WALLACE & O'NEILL
500 Central Avenue
Hartford, CT 06105

/Signature/

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24