**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LORENZO FOREMAN, ET AL.,** | : | **CIVIL NO. 3:01CV0061(CFD)** |
| | : | |
| **PLAINTIFFS** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **STATE OF CONNECTICUT, ET AL.,** | : | |
| | : | |
| **DEFENDANTS.** | : | **DECEMBER 8, 2005** |

<u>**JOINT STATUS REPORT**</u>

The parties to this case, pursuant to the Order of this Court, hereby submit the following Joint Report on the status of these proceedings:

1.      Plaintiffs and Defendants continue to negotiate the terms of a potential settlement of this case.  The parties' negotiations continue to be monitored, facilitated and encouraged by Magistrate Judge William Garfinkel.  In fact, only last Thursday, December 1, 2005, the parties met with Judge Garfinkel in an attempt to make further progress in settlement negotiations.  The parties believe this meeting was successful in advancing this case toward a final, global settlement.

2.      Any proposed settlement of this case must be reviewed and approved by both houses of the Connecticut State Legislature, pursuant to Conn. Gen. Stat. §3-125a.  The General Assembly reconvenes on February 8, 2006.  Prior to that time, the parties will either have reached a settlement agreement or will tender to the Court a proposed scheduling order for litigation.  If the parties reach agreement on settlement, they will submit such agreement to the General Assembly on February 8, 2006, OR WITHIN A REASONABLY PROMPT TIME FRAME THEREAFTER,  and if it is approved, will then

submit such agreement to the Court for a preliminary fairness finding and for scheduling of a subsequent fairness hearing. The Court may wish to consider setting a status conference just prior to the reconvening of the Legislature for the purpose of receiving and discussing the parties' proposed settlement plan or their proposed scheduling order.

WHEREFORE, the parties request that the Court accept this Joint Report of the present status of these proceedings.

Respectfully submitted,

_____

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY  40202
(502) 540-2300 Telephone
(502) 585-2207 Facsimile

_____

Anthony A. Wallace
WALLACE & O'NEILL, LLC
500 Central Avenue
New Haven, CT  06515
(203) 389-9998 Telephone
(203) 389-0643 Facsimile

_____

Terrence M. O'Neill
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
(860) 808-5450 Telephone
(860) 808-5591 Facsimile
 Juris No. ct01211
Email :steven.strom@po.state.ct.us

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Joint Status Report was mailed, via U.S. Mail, postage prepaid, this _____ day of December, 2005, to:

Anthony A. Wallace  
WALLACE & O'NEILL LLC  
500 Central Avenue  
New Haven, CT  06515  
Co-Counsel for Plaintiffs

Terrence M. O'Neill  
Assistant Attorney General  
110 Sherman Street  
Hartford, CT  06105  
Counsel for Defendants

_____  
Gregory A. Belzley  
Co-Counsel for Plaintiffs

105814v1