

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LORENZO FOREMAN, ET AL.,<br>PLAINTIFFS, | CIVIL NO. 3:01CV0061(CFD) |
| V. | |
| STATE OF CONNECTICUT, ET AL.,<br>DEFENDANTS. | JANUARY 12, 2006 |

*Denied as moot. So ordered. 1/19/06*



### JOINT MOTION TO CONTINUE TELEPHONE STATUS CONFERENCE

The parties to this case, pursuant to the Order of this Court, respectfully move to continue the telephonic status conference presently scheduled for January 19, 2006, at 4:00 p.m. for reasons which include but are not limited to the following:

1. The parties have met with Magistrate Judge Garfinkel, and were planning to meet with him on January 9, 2006, but due to the resent death of Judge Garfinkel's father, the settlement conference will be rescheduled to February 2, 2006.

2. It would be premature to report to Judge Droney as to whether or not the case is likely to be settled until after February 2, 2006. The conference will include personal participation by Commissioner Theresa Lantz, as well as her Deputy Commissioner, and the parties are hopeful that Magistrate Judge Garfinkel will be able to supervise the mediation so as to be able to provide an updated status report to Judge Droney some time during the week of February 6, 2006.

Wherefore, the parties joint request that the telephonic status conference now scheduled for January 19, 2006, be continued until some time during the week of February 6, 2006, at the Court's convenience.