UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR 16 P 3:45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**LORENZO FOREMAN, et al.,**

    **Plaintiffs**

v.      CIVIL NO. 3:01CV0061(WIG)

**STATE OF CONNECTICUT, et al.,**

    **Defendants.**

## ORDER GRANTING PRELIMINARY APPROVAL TO CLASS ACTION SETTLEMENT AGREEMENT

On March 13, 2006, the Court conducted a telephonic conference with counsel for all parties in this matter for the purpose of determining whether the Settlement Agreement in this case is fair, just, adequate, reasonable and equitable. This Court has, over the past year, supervised and mediated settlement negotiations between the parties both in person and telephonically. The parties have kept the Court thoroughly informed as to the progress of their negotiations and pending issues. Given the Court's participation in the settlement process, its preliminary review of the Settlement Agreement now submitted by the parties, and its conference with counsel, it is hereby

**ORDERED** that the Settlement Agreement submitted by the parties, as it appears fair, just, adequate, reasonable and equitable, is **PRELIMINARILY APPROVED** pending approval by the Connecticut Legislature, notice and an opportunity to object to class members, and a subsequent fairness hearing before this Court. It is further hereby

**ORDERED** that Analytics, Inc., appearing amply qualified, is **APPROVED** as Claims

Administrator for the settlement of this action.

DATED this 16th day of March, 2006.

William I. Garfinkel
United States Magistrate Judge

**Agreed to and approved:**

_/s/ Gregory A. Belzley_
Gregory A. Belzley
**DINSMORE & SHOHL LLP**
1400 PNC PLAZA
500 West Jefferson Street, 14th Floor
Louisville, KY 40202

**Counsel for Plaintiffs**

_/s/ Steven R. Strom_
Terrence O'Neill
Steven R. Strom
Assistant Attorneys General
110 Sherman Street
Hartford, CT 06105

**Counsel for Defendants**