UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LORENZO FOREMAN, et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | CIVIL NO. 3:01CV0061(WIG) |
| : | |
| **STATE OF CONNECTICUT, et al.,** : | |
| : | |
| **Defendants.** : | |

### PLAINTIFFS' MOTION FOR PRODUCTION OF INMATE INFORMATION

Plaintiffs respectfully move this Court for an order requiring that, upon approval of the Settlement Agreement between the parties by the Connecticut legislature, Defendants produce to Plaintiffs the name, inmate number and last known address of all males who were admitted to the New Haven Community Correctional Center between January 12, 1998 and January 12, 2001 for any qualifying non-violent, non-drug related misdemeanor offense, or any civil contempt, and in support of such motion would respectfully show the following:

1. Paragraph 9 of the Settlement Agreement between the parties and preliminarily approved by the Court provides as follows:

> Defendants and their counsel agree to provide reasonable assistance to Plaintiffs' counsel and to the Claims Administrator to facilitate the administration of this settlement including providing access to data, information and documents necessary to determine the *last known address and contact information for all potential class members* and qualification of claimants for payment from the settlement funds. Such data or information shall include, but not be limited to criminal history, institutional records and information regarding any and all liens. *Plaintiffs' counsel shall file an appropriate motion and proposed order for disclosure of data and documents which may not otherwise be disclosed*

*under the provisions of state or federal law. Any information provided pursuant to such disclosure order shall be used only in connection with this litigation, and shall be kept confidential and not disclosed to anyone other than Plaintiffs' counsel and the Claims Administrator except as set forth in this Agreement.*

(Emphasis added).

2. Given this Court's preliminary approval of the Settlement Agreement between the parties, Plaintiffs must now obtain the information necessary to mail direct notice to potential claimants. However, state law bars Defendants from voluntarily disclosing, or agreeing to the disclosure of, the information made the basis of this motion, thus necessitating a court order directing Defendants to provide such information to Plaintiffs.

3. Plaintiffs attach to this motion a proposed order, noting Defendants' objection to same, that requires production of the information in issue and applies the appropriate protections to the use and dissemination of such information consistent with the parties' Settlement Agreement.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter the attached order.

Respectfully submitted,

_____
Gregory A. Belzley
**DINSMORE & SHOHL LLP**
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY  40202
(502) 540-2300 Telephone
(502) 585-2207 Facsimile
**Federal Bar No. ct26482**

                                                                           _____
Anthony A. Wallace, Esq.
**WALLACE & O'NEILL, LLC**
500 Central Avenue
New Haven, CT  06515

*COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

     I certify that on the \_\_\_\_ day of March, 2006, a true and accurate copy of the foregoing was served by U.S. Mail, postage prepaid, on:

Terrence M. O'Neill
Steven R. Strom
Assistant Attorneys General
110 Sherman Street
Hartford, CT  06105

                                               _____
*Counsel for Plaintiffs*