# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LORENZO FOREMAN, et al.,                :
    Plaintiffs                                    :
                                                        :
v.                                                       :           CIVIL NO. 3:01CV0061(WIG)
                                                        :
STATE OF CONNECTICUT, et al.,   :
                                                        :
    Defendants.                                :

## PRODUCTION AND PROTECTIVE ORDER

Pursuant to the obligations undertaken by the parties in their Settlement Agreement, which has been preliminarily approved by this Court, and over Defendants' objections, it is hereby

**ORDERED:**

1.    That upon approval of the Settlement Agreement between the parties by the Connecticut legislature, Defendants shall produce to Plaintiffs the name, inmate number and last known address of all males who were admitted to the New Haven Community Correctional Center between January 12, 1998 and January 12, 2001 for any qualifying non-violent, non-drug related misdemeanor offense, as listed on Exhibit A, or any civil contempt.

2.    That the material ordered produced herein may be used only to contact potential class members for the purpose of effecting the Settlement Agreement between the parties, and may be disclosed solely to the following:

    (a)    Counsel of record for the parties in this action, members of their

firms and associates, associate attorneys, paralegals, clerical, and other regular employees of such counsel who are assisting in the conduct of this action;

(b) The Court and court personnel; and

(c) The Claims Administrator and its employees and postal agents assisting in distribution of notice and the administration of class claims.

3. That this Stipulation and Order shall survive and continue to be binding after the conclusion of this action, with the Court retaining jurisdiction to enforce this Order.

4. That at the conclusion of this action, including any appeals, all material ordered produced herein shall either be returned to Defendants or destroyed, as the parties may agree.

5. That each party and person bound by this Order shall be entitled to move for its modification for good cause on notice to the parties, and that prior to such motion for modification, counsel shall attempt to reach agreement without resort to the Court.

DATED at Bridgeport, CT this _8th_ day of _May_, 2006.

---

William I. Garfinkel
United States Magistrate Judge


TENDERED BY:

_____
Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC PLAZA
500 West Jefferson Street
Louisville, KY 40202
**Federal Bar No. ct26482**

**Lead Counsel for Plaintiffs**

108629v1