# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO FOREMAN, ET AL., <br> PLAINTIFFS, | CIVIL NO. 3:01CV0061(WIG) |
| V. | |
| STATE OF CONNECTICUT, ET AL., <br> DEFENDANTS. | MAY 30, 2006 |

### JOINT MOTION FOR ORDER DIRECTING NOTICE

The parties to this case, pursuant to the parties Settlement Agreement, paragraphs 19-22, and Rule 23(c)(2)(B) and Rule 23(e)(1)(B) Fed. R. Civ. P., respectfully move for an Order directing that Notice be mailed in the form attached no later than June 5, 2006, and that the Notice be published, as set forth in paragraph 22, by no later than June 11, 2006.

Respectfully submitted,
Defendants

State of Connecticut, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Fed Bar # ct01211
(860) 808-5450 Telephone
(860) 808-5591 Facsimile
steven.strom@po.state.ct.us

PLAINTIFFS
Lorenzo Foreman, et. al.

*Gregory A. Belzley*

DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 585-2207 Facsimile

Anthony A. Wallace
WALLACE & O'NEILL, LLC
500 Central Avenue
New Haven, CT 06515
(203) 389-0643 Facsimile

### CERTIFICATION

I hereby certify that the foregoing motion was faxed and mailed this 30th day of May 2006, to the following:

| | |
|---|---|
| Gregory A. Belzley<br>DINSMORE & SHOHL LLP<br>1400 PNC Plaza<br>500 West Jefferson Street<br>Louisville, KY 40202 | Anthony A. Wallace<br>WALLACE & O'NEILL LLC<br>500 Central Ave.<br>New Haven, Ct 06515 |

_____
Steven R. Strom
Assistant Attorney General

### ORDER

The Court, having reviewed the attached Notice and Claims form, and finding it to be in accordance with Rule 23(c)(2)(B) and Rule 23(e)(1)(B) Fed. R. Civ. P, hereby ORDERS: that Notice be mailed by June 5, 2006, and published by June 11, 2006.

Dated at Bridgeport, CT this ____ day of _____, 2006.

_____
William I. Garfinkel
United States Magistrate Judge

2