UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO FOREMAN, et al., Plaintiffs | : : : |
| v. | : CIVIL NO: 3:01CV0061(WIG) |
| STATE OF CONNECTICUT, et al., Defendants. | : : : |

*The Federal Court for the District of Connecticut authorized this notice. This is not a solicitation from a lawyer.*

### NOTICE OF HEARING AND PROPOSED CLASS ACTION SETTLEMENT

**Your legal rights are affected if you act or do not act. Please Read this Notice Carefully.**

There will be a hearing in the United States District Court, 915 Lafayette Blvd., Bridgeport, CT, 06604, before the Honorable William I Garfinkel, 4th floor Courtroom, on July 20, 2006, at 10:00 a.m. to determine whether or not to approve a proposed $2.5 million settlement as full, final and complete settlement of any and all claims that were made or could have been made by the class. If approved by the Court, **you could get a payment from a $2.5 million class action settlement if you meet ALL of the following conditions**:

1. You were held at the New Haven Community Correctional Center ("NHCCC"), 245 Whalley Avenue, New Haven, CT, between January 12, 1998 and January 12, 2001; and,
2. You were held at the NHCCC solely for a qualifying non-violent, non-drug related misdemeanor offense, or any civil contempt. The list of qualifying offenses can be seen at www.foremansettlement.com, but includes most non-violent, non-drug related misdemeanor offenses; and,
3. You were "strip-searched" (required to remove your clothing for visual inspection of your buttocks and/or genitalia) when there existed no basis for a reasonable suspicion that you were carrying or concealing weapons or contraband.

A $2.5 million settlement has been proposed in a class action lawsuit about alleged illegal strip-searches that took place when people were admitted to the NHCCC between January 12, 1998 and January 12, 2001 after their arrest solely for a qualifying non-violent, non-drug related misdemeanor offense or any civil contempt. The settlement fund may pay cash to those who submit valid claims after deducting attorneys' fees, the costs and expenses of administering this settlement, and the payouts to the class representatives. If you are entitled to a recovery, **any liens, subrogation interest or claims of any doctor, hospital, insurance carrier, state or governmental agency, or any other person, firm, or corporation, will be deducted from your payout, so there may be no payment at all depending on the total amount of the lien or liens against you.**

You are receiving this notice because records show that you _may_ be a class member. To see if you qualify, you must submit a complete Settlement Claim Form, **postmarked by September 23, 2006**, to:

Foreman Claims Administrator,
P.O. Box 2003,
Chanhassen, MN 55317-2003

If you submit a claim form and qualify as a class member, you will be eligible to share in this settlement. The amount of money you receive depends on the following:
1. The money remaining after payment of the attorneys' fees, the costs of this litigation, the costs of administering this settlement, and the payouts to the class representatives;
2. The number of timely, valid claims submitted (lawyers for the plaintiffs believe that over a thousand people may be eligible to share in the settlement);
3. Whether there exists any liens against you, the amount of which will be subtracted prior to any payment of your claim.

**Questions? Call Toll Free (888) 892-6791 or visit www.foremansettlement.com.**

1

| THESE ARE YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: ||
|---|---|
| Submit a Claim Form | This is the **only** way to get a payment. **Remember: Claim Forms postmarked after September 23, 2006 will not be considered for payment.** |
| Exclude Yourself | If you exclude yourself, you will not be bound by the Settlement or judgment. You will **not** get a cash payment in this case. You will be free to pursue your claims against the defendant at your own expense. This is the only option that allows you to bring your own lawsuit against NHCCC or its employees for the claims raised in this case. **You must exclude yourself from the Settlement by July 5, 2006.** If you exclude yourself, however, you will not be allowed to rejoin this class action **and your individual claim may be barred by the statute of limitations and you may get nothing.** |
| Object | If you want to object to the settlement but you do not exclude yourself, you may object by writing to the Claims Administrator explaining why you believe the settlement is not fair, received no later than **July 5, 2006**, or you may appear in Court at the Fairness Hearing on **July 20, 2006**. You must also submit a claim form to preserve your right to receive payment. |
| Do Nothing | You get <u>no</u> payment. You will still be bound by the settlement and you give up your right to sue the defendant or employees of the state on these claims later. |

## THE SETTLEMENT BENEFITS

**How much will my payment be?**

We do not yet know the amount of the payments. If you are eligible you will get a payment for only one strip-search incident, even if you were strip searched more than once. Payments will not exceed $10,000.00 to any claimant, except for the three named plaintiffs as described below.

Attorneys' fees and expenses will first be paid from the settlement fund. The three named plaintiffs believe that Counsel are entitled to 33-1/3% of the Settlement as a fee for their services in this litigation. The named plaintiffs will also be paid from the settlement fund. Class counsel requests payment of $20,000.00 to each of the three class representatives, minus any liens pending against them, in full and final settlement of their claims against Defendants, as well as for more than five years of service as named class representatives, including, but not limited to surrendering their anonymity, bringing suit, submitting to depositions, and participating in and authorizing the settlement of this class action.

The remaining amount will be divided among the claimants who submit valid and timely claims. The amount for each individual claimant will depend on how many people submit valid claim forms. The amount per person will decrease as the number of forms submitted increases. In addition, **each class member shall be obligated to satisfy all liens, subrogation interest or claims of any doctor, hospital, insurance carrier, state or governmental agency, or any other person, firm, or corporation, which have been made or may in the future be made against the payment to that class member, which may result in no actual cash payment, depending on how much is owed and the amount of your individual settlement.**

**How can I get a payment?**

You must fill out the Settlement Claim Form completely and mail it to the Claims Administrator. A Claim Form is included with this notice. You can also obtain a Claim Form from the Website www.foremansettlement.com. **The envelope must be postmarked no later than September 23, 2006; if it is not, your claim will be denied.**

The settlement check will be written in your name with your social security number. Your check will be sent to your mailing address. If you move, you must notify the Claims Administrator in writing of your new address or the check will be sent to your old address. If you are incarcerated, your check will be deposited in your Inmate Trust Fund Account.

**When will I get my payment?**

You cannot be paid until the settlement is approved by the Court and any appeals are over. The Court will hold a hearing on **July 20, 2006** to decide whether to approve the settlement, as fair, reasonable, and adequate. Settlement checks will be

**Questions? Call Toll Free (888) 892-6791 or visit www.foremansettlement.com.**

issued after the Court approves the settlement and all appeals are completed. You may visit the website or contact the Claims Administrator for updates.

### Will I have to pay taxes on my payment?

You may have to pay taxes on your payment. You should consult your tax preparer when you file your tax returns. The Claims Administrator will send you a 1099 Form. (If you have questions about backup withholding, Form W-9 or Form 1099, call your tax preparer or the IRS Information Reporting Program Customer Service Section, toll free at (866) 455-7438, 8:30 am to 4:30 p.m., Monday through Friday.)

## WHO IS IN THE SETTLEMENT

### What is a Class Action and who are Class Members?

In a class action, one or more people, called Class Representatives (in this case, Lorenzo Foreman, Horace Dodd, and Charles Campbell), sue on behalf of all people who have similar claims. All of the people who were similarly treated are known as a Class or Class Members. One court resolves the issues for all Class Members.

### What claims will be released by this Settlement?

This settlement resolves all claims alleging illegal strip-searches that took place when people were admitted to the NHCCC between January 12, 1998 and January 12, 2001 after their arrest solely for a qualifying non-violent, non-drug related misdemeanor offense or any civil contempt. The settlement releases these claims against the State, the Department of Corrections, the NHCCC and its employees. The settlement does not release any other claims, for example claims of wrongful arrest or excessive force. If you wish to pursue claims that are not covered by the settlement, you must file an individual lawsuit on your own behalf. These claims may be barred by the statute of limitations.

### How do I know if I am a Class Member and part of the settlement?

The Court has ruled that you are a Class Member if you meet ALL factors below:

1. You were held at the NHCCC between January 12, 1998 and January 12, 2001.
2. You were held at the NHCCC solely for a qualifying non-violent, non-drug related misdemeanor offense, or any civil contempt. The list of qualifying offenses can be seen at www.foremansettlement.com, but includes most non-violent, non-drug related misdemeanor offenses.
3. You were "strip-searched" (required to remove your clothing for visual inspection of your buttocks and/or genitalia) when there existed no basis for a reasonable suspicion that you were carrying or concealing weapons or contraband.

NOTE: You are **not** a class member if you were either (1) strip-searched while you were serving a sentence or after a judge had ordered that you be kept in jail while awaiting trial, (2) you were strip-searched because a correctional officer had a reasonable suspicion to believe that you were carrying or concealing weapons or contraband, or (3) you were arrested for and/or charged with a crime involving a felony, a violent or drug-related misdemeanor, or a non-qualifying offense.

### What if I was arrested for more than one crime?

The most serious charge for an arrest will determine your class membership. If any one of the charges was a crime involving weapons or drugs, a misdemeanor not listed as a qualifying offense, or a felony, you are not a class member for that arrest.

### What if I was found not guilty of the crime for which I was arrested?

You are entitled to the same settlement amount whether you were found guilty or not guilty of the crime. However, if you were strip searched after your arrest for a crime involving weapons or drugs, a misdemeanor not listed as a qualifying offense, or a felony, you are not a class member regardless of whether you were subsequently found not guilty of the charge.

**Questions? Call Toll Free (888) 892-6791 or visit www.foremansettlement.com.**

### What if I was arrested and strip searched more than once, can I still participate?

Yes, but you will not be provided with extra payments for being strip searched at the NHCCC more than one time. You will receive the same amount whether you were strip searched once, or more than once.

### What if I was at the jail before January 12, 1998 or after January 12, 2001?

The time period for being a class member is based on the legal requirement that a case must be filed within a certain time period; this is called the statute of limitations. The law in Connecticut only allows a person to bring a claim within three years after his or her rights were violated. Because this case was filed by on January 12, 2001, class members include only those who were strip searched in the three years before that date. If you were strip searched at the NHCCC before January 12, 1998, it may be too late to bring a lawsuit. The time period for the class ends on January 12, 2001, the date the suit was filed. If you were strip searched at the NHCCC after this date, that search is not a part of this lawsuit.

### What if I am still unsure about whether I am part of the settlement?

If you are unsure whether you are a member of the class, fill out and return the Settlement Claim Form. If the settlement is approved, you will be notified if you do not qualify. If you qualify you may receive a check, depending on what liens may be subtracted from the individual settlement amount per claimant. You may also visit the settlement website on the Internet at www.foremansettlement.com, or call (888) 892-6791 to speak to a Settlement Administrator or Class Counsel to answer your questions.

### Who makes the final decision about who qualifies as a Class Member?

The Claims Administrator makes the final decision about who qualifies as a Class Member subject to Court review. The computerized records kept by the NHCCC will determine if you are a class member. You can help by listing the date or dates when you were at the NHCCC, and the offense for which you were admitted. If the records do not show that you fit the class definition, your claim will be denied. You can appeal your denial to the Claims Administrator by sending documentation and information regarding the dates you believe you were held and strip searched. A decision of the Claims Administrator can be appealed to the judge. (If you are not a class member, you are not bound by this settlement. You can take action as an individual if you wish.)

### How did the lawyers in this case find me and how can I protect my privacy?

After you were arrested, you gave your name and address at the NHCCC. The District Court ordered that this information be given to the lawyers for the plaintiffs. The Court ordered that this information must remain confidential and cannot be further disclosed. Only the lawyers in the case, the Claims Administrator, and the State's administrators for collections of applicable liens will know your name and, in most cases, only those persons just mentioned who have been authorized by the Court's Order will see your Claim Form. Those persons who learn your identity as a result of this Settlement cannot disclose your private information.

### What should I do if I do not want to participate in the class action?

If you do not wish to participate in the class action, you can either exclude yourself or do nothing. If you do not send in a claim form, you will not be a participating Class Member and you will <u>not</u> receive a payment. You will also be barred from filing a case on these claims in the future.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### If I exclude myself, can I get money from this settlement?

No, you will not get a payment from this settlement. You will not be legally bound by the settlement. You can bring your own lawsuit. However, **your individual claim may be barred by the statute of limitations and you may get nothing.**

**Questions? Call Toll Free (888) 892-6791 or visit www.foremansettlement.com.**

Class counsel will not represent you in pursuing your claims. If you exclude yourself, do not send in a Claim Form. You cannot object to the settlement if you ask to be excluded. A request to be excluded means you have opted out of this case.

| How do I ask to be excluded from the settlement? |
|---|

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *Foreman v. Connecticut*. Be sure to include your name, address, telephone number and sign the letter. You must mail your exclusion request postmarked no later than **July 5, 2006**, to the Claims Administrator at Foreman Claims Administrator, P.O. Box 2005, Chanhassen, MN 55317-2005. The Claims Administrator will file your notice with the court and counsel. You cannot exclude yourself by phone or by e-mail.

| If I do not exclude myself, can I sue NHCCC for the same thing later? |
|---|

No. Unless you exclude yourself, you give up the right to sue NHCCC or its employees for the claims that this settlement resolves. This case resolves all claims for alleged illegal strip-searches that took place when people were admitted to the NHCCC between January 12, 1998 and January 12, 2001 after their arrest for a qualifying non-violent, non-drug related misdemeanor offense. Remember, the exclusion deadline is **July 5, 2006**.

## OBJECTING TO THE SETTLEMENT

| What if I think the proposed settlement is unfair? What can I do? |
|---|

If you wish to object to the proposed settlement, you or a lawyer on your behalf must either state your objections to the Court in a letter sent to the Claims Administrator, received no later than **July 5, 2006**, or appear in the U.S. District Court of Connecticut, 915 Lafayette Blvd., Bridgeport, CT, 06604, 4th Floor Courtroom on **July 20, 2006** to present your objections. If you write, the Claims Administrator will forward your objection to the Court and to the lawyers.

You may object to the proposed settlement and still be eligible to receive a payment. *You must submit a valid Settlement Claim Form by the September 23, 2006 deadline even if you object to the settlement, if you wish to claim money should the settlement be approved.*

## THE COURT'S FAIRNESS HEARING

| What is a Fairness Hearing? |
|---|

The Court will hold a hearing to decide whether to approve the settlement. The Court will consider whether the settlement is fair, reasonable and adequate. The Court will also decide whether to approve the request for attorneys' fees, costs, expenses and the recoveries by the named plaintiffs. If the Court approves the proposed settlement, it will affect all class members.

| When and where is the hearing? |
|---|

The Hearing will be at 10 a.m. on **July 20, 2006** in the U.S. District Court of Connecticut, 915 Lafayette Blvd., Bridgeport, CT, 06604, 4th Floor Courtroom, before the Honorable William I. Garfinkel, United States Magistrate Judge.

| Do I have to come to the hearing? May I or my lawyer speak at the hearing? |
|---|

No, you are not required to attend the hearing. Class counsel will answer any questions the Court may have. You are welcome to come at your own expense. If you object to the settlement and you want to explain the objection to the Court, you can attend the hearing or hire your own lawyer to attend for you.

## THE LAWYERS IN THIS CASE

| Who are the lawyers in this case? | | |
|---|---|---|
| The lawyers for the plaintiffs are: | Gregory A. Belzley<br>DINSMORE & SHOHL LLP<br>500 West Jefferson Street<br>1400 PNC PLAZA<br>Louisville, KY 40202<br>(502) 540-2300 | Anthony A. Wallace<br>WALLACE & O'NEIL, LLC<br>500 Central Avenue<br>New Haven, CT 06515<br>(203) 389-9998 |
| The lawyers for the defendants are: | Terrence M. O'Neill<br>Steven R. Strom<br>Assistant Attorneys General<br>110 Sherman Street<br>Hartford, CT 06105<br>(860) 808-5450 | |

**How will the plaintiffs' lawyers be paid?**

The named plaintiffs believe that lawyers for the class should receive an attorney's fee of 33-1/3% of the settlement fund. In addition to the fee, they will seek reimbursement from the settlement fund for the expenses incurred in administering this settlement.

## OTHER INFORMATION

If you wish to view the Court file or a copy of the proposed settlement agreement, you may go to the Clerk of the U.S. District Court of Connecticut, 915 Lafayette Blvd., Bridgeport, CT, 06604, during regular business hours. You can also view the settlement papers on the web at www.foremansettlement.com.

To obtain more information or ask questions about the settlement, you can call the Claims Administrator toll-free at (888) 892-6791; write to the Claims Administrator at Foreman Claims Administrator, P.O. Box 2005, Chanhassen, MN 55317-2005; or visit the Internet website at www.foremansettlement.com. On the website you will find answers to frequently asked questions, a downloadable claim form, plus additional information that may help you determine if you are a Class Member.

**Important: Please do not call the Court directly with questions about the settlement.** Please contact the Claims Administrator or visit the website.

## ORDER

The foregoing Notice of Hearing and Proposed Class Action Settlement, having been duly considered, it is hereby, **APPROVED AND SO ORDERED.**

Dated at Bridgeport, Connecticut, this          day of          2006.

                                                       William I Garfinkel
                                                       United States Magistrate Judge

**Questions? Call Toll Free (888) 892-6791 or visit www.foremansettlement.com.**

| Foreman Claims Administrator | CLAIM FORM |
|---|---|
| P.O. Box 2003 | Must be postmarked |
| Chanhassen, MN 55317-2003 | by September 23, 2006. |

## CLAIM FORM

**WRITE ANY NAME AND ADDRESS CORRECTIONS BELOW OR IF THERE IS NO PREPRINTED DATA TO THE LEFT, YOU MUST PROVIDE YOUR NAME AND ADDRESS HERE:**

Name:

Address:

City, State, and Zip Code:

Late claims will be denied. You must complete the form and answer all questions to the best of your ability and recollection. Incomplete forms will be returned to you, and if you do not resubmit a completed form before the deadline of September 23, 2006, your claim will be denied. Mail this completed Claim Form to:

**Foreman Claims Administrator**
**P.O. Box 2003**
**Chanhassen, MN 55317-2003**

### Step One - Provide your basic information.

Please note that it is your responsibility to notify the Claims Administrator in writing at the above address if the address you provide changes.

| SSN: | Date of Birth: |
|---|---|
| Email: | |
| Home Phone: | Work Phone: | Cell Phone: |

Provide the following information about someone who will always know how to contact you.

| Name: | Relation to you: |
|---|---|
| Address: | City, State, Zip: |
| Home Phone: | Work Phone: | Cell Phone: |

### To File for a Deceased Class Member:

To submit a Claim Form on behalf of a deceased class member in **Step One**, give the class member's name and your contact information; in **Step Four**, sign your own name and note your relationship to the class member. To receive a settlement check for a deceased class member, you must be appointed a personal representative of the class member's estate or complete an affidavit of entitlement in compliance with Connecticut law, or satisfy the equivalent procedure under the state law that applies to the estate. You must send documentation of your appointment as personal representative, the original of an affidavit of entitlement, or the equivalent, to the Claims Administrator by September 23, 2006, or the claim will be denied. You may need to consult an attorney or probate court for more information on this process.

*-Continued on Back-*

**Please check one box to indicate how your check should be handled if your claim is approved:**

☐ Mail the check to my address above.

☐ Hold the check for me to pick up in person.

☐ Mail the check to this address:

*If you do not select any of these options, the check will be sent to your address.*

*If you select this option, a letter to the address you entered for yourself above will inform you of when and where to pick up the check. You will need to provide a reliable photo ID when you pick up your check.*

Address: _____

City: _____

State: _____ Zip Code: _____

**Step Two - Please answer the following questions truthfully.**

If you do not select Yes or No, then the form will be treated as if you selected No.

I was held at the New Haven Community Correctional Center (NHCCC) between **January 12, 1998**, and **January 12, 2001**, after my arrest for a non-violent, non-drug related misdemeanor offense or any civil contempt, and was required by the NHCCC to remove my clothing for visual inspection of my buttocks or genitalia, when there existed no basis for a reasonable, individualized suspicion that I was carrying or concealing weapons or contraband.    ☐ Yes    ☐ No

It will help us if you can list the date or dates when the above happened to you if you feel you fit the class definition. (This is optional. Answer to the best of your ability.):

_____
_____
_____

**Step Three - Substitute W-9 Request for Taxpayer Identification Number.**

This should be your Social Security Number, unless you have been given a different number by the IRS for this purpose.

[ | | | | | | | | | ]
*(9 digits)*

The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

If you have been notified by the IRS that you are subject to backup withholding, you must cross out the word "not" and check here: ☐

**Step Four - Please sign under penalty of perjury that all of the information you provided in this form is true and accurate to the best of your knowledge and belief.**

It is important that your answers are truthful. If you sign this and you know that the statement is not true, you can be charged with perjury pursuant to 18 USCA § 1621, 28 U.S.C. § 1746.

Under penalty of perjury, I certify that all of the information provided on this form is true and correct:

_____    _____
(Signature)                                               (Date)

**Step Five - Mail this form, postmarked by September 23, 2006.**

Mail this form to:  **Foreman Claims Administrator**
                    **P.O. Box 2003**
                    **Chanhassen, MN 55317-2003**

*This form must be postmarked by September 23, 2006, or your claim will be denied.*

The Claims Administrator will send notice to indicate that your claim form was received. You should keep a copy of this form as your receipt. If you move, notify the Claims Administrator in writing so that your check will be sent to the correct address.