UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORENZO FOREMAN, ET AL., PLAINTIFFS, | : | CIVIL NO. 3:01CV0061(WIG) |
| V. | : | |
| STATE OF CONNECTICUT, ET AL., DEFENDANTS. | : | JUNE 5, 2006 |

## JOINT MOTION FOR ORDER APPROVING PUBLICATION NOTICE

The parties to this case, pursuant to the parties Settlement Agreement, paragraphs 19-22, and Rule 23(c)(2)(B) and Rule 23(e)(1)(B) Fed. R. Civ. P., respectfully submit the attached agreed upon Publication Notice and request approval for publication, as set forth in paragraph 22, by no later than June 11, 2006.

Respectfully submitted,
Defendants

State of Connecticut, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Fed Bar # ct01211
(860) 808-5450 Telephone
(860) 808-5591 Facsimile
steven.strom@po.state.ct.us

PLAINTIFFS
Lorenzo Foreman, et. al.

*Gregory A. Belzley*

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 585-2207 Facsimile

Anthony A. Wallace
WALLACE & O'NEILL, LLC
500 Central Avenue
New Haven, CT 06515
(203) 389-0643 Facsimile

### CERTIFICATION

I hereby certify that the foregoing motion was faxed and mailed this 5th day of ~~May~~ June 2006, to the following:

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202

Anthony A. Wallace
WALLACE & O'NEILL LLC
500 Central Ave.
New Haven, Ct 06515

*Steven R. Strom*
Steven R. Strom
Assistant Attorney General

### ORDER

The Court, having reviewed the attached Publication Notice, and finding it to be in accordance with Rule 23(c)(2)(B) and Rule 23(e)(1)(B) Fed. R. Civ. P, hereby ORDERS: that Notice be published by June 11, 2006, as set forth in para. 22 of the Parties' Settlement Agreement

Dated at Bridgeport, CT this _____ day of _____, 2006.

_____
William I. Garfinkel
United States Magistrate Judge

# NOTICE OF PROPOSED
# STRIP-SEARCH CLASS ACTION SETTLEMENT

*A federal court authorized this notice. This is not an advertisement from a lawyer.*

**Read this entire notice carefully. If approved,
the Settlement Agreement will be binding and will affect your rights.**

**There will be a hearing** in the United States District Court, 915 Lafayette Blvd., Bridgeport, CT, 06604, before the Honorable William I. Garfinkel, 4th floor Courtroom, **on July 20, 2006, at 10:00 a.m.** to determine whether or not to approve a proposed $2.5 million class action settlement **in the case captioned Foreman v. Connecticut, Civ. No 3:01CV061(WIG).** If approved by the Court, the settlement fund may pay cash to those who submit valid claims after deducting attorneys' fees, the costs and expenses of administering this settlement, the payouts to the class representatives, and any applicable liens.

**YOU COULD GET A PAYMENT FROM A $2.5 MILLION CLASS ACTION SETTLEMENT IF YOU MEET ALL OF THE FOLLOWING CONDITIONS:**

1. You were held at the New Haven Community Correctional Center ("NHCCC"), 245 Whalley Avenue, New Haven, CT, between January 12, 1998 and January 12, 2001;

2. You were held solely for a qualifying non-violent, non-drug related misdemeanor offense or any civil contempt (to read the list of qualifying offenses go to www.foremansettlement.com.); and

3. You were "strip searched" as defined in the Settlement Agreement, when there existed no basis for a reasonable suspicion that you were carrying or concealing weapons or contraband.

**IF YOU BELIEVE THAT YOU QUALIFY FOR RECOVERY,** you must send a completed Claim Form to the Claims Administrator at the address below postmarked **no later than September 23, 2006**.

**IF YOU OBJECT TO THE SETTLEMENT,** you must either appear at the hearing on July 20, 2006 in person or state your objection in a writing mailed to the Claims Administrator postmarked **no later than July 5, 2006**.

**IF YOU WISH TO BE EXCLUDED FROM THE SETTLEMENT,** you must so state in a writing mailed to the Claims Administrator postmarked **no later than July 5, 2006**. If you exclude yourself: (a) you will not be bound by the settlement or judgment; (b) you will not get a cash payment in this case; (c) you will not be allowed to rejoin this class action; and (d) you will be free to pursue your claims against the defendants at your own expense – **however, your individual claim may be barred by the statute of limitations and you may get nothing.**

**IF YOU DO NOTHING,** you will get no payment. You will still be bound by the settlement and you will give up your right to sue the defendant or employees of the state on these claims later.

**YOU HAVE THE RIGHT TO HIRE YOUR OWN LAWYER
TO APPEAR ON YOUR BEHALF IN THIS CASE.**

You may obtain the Claim Form and more details concerning this settlement by:

1. Writing to Foreman Claims Administrator, P.O. Box 2003, Chanhassen, MN 55317-2003;
2. Calling the Claims Administrator at 1-888-892-6791; or
3. Going to the settlement website, www.foremansettlement.com.

**THIS NOTICE DOES NOT CONTAIN ALL OF THE TERMS OF THE SETTLEMENT.
TO READ THE ENTIRE SETTLEMENT AGREEMENT,
go to www.foremansettlement.com.**