# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO FOREMAN, ET AL., PLAINTIFFS, | : CIVIL NO. 3:01CV0061(WIG) |
| V. | : |
| STATE OF CONNECTICUT, ET AL., DEFENDANTS. | : JUNE 2, 2006 |

## NOTICE OF FILING PROPOSED SETTLEMENT AGREEMENT
## FOR FAIRNESS HEARING JULY 20, 2006

The parties to this case respectfully give Notice that they have on this date, filed the agreed upon proposed Settlement Agreement. See Rule 23(c)(2)(B) and Rule 23(e)(1)(B) Fed. R. Civ. P.. The parties jointly seek approval of the Settlement Agreement, and pursuant to Rule 23(e)(C)(2) file this Notice and state that they submit this Setttlement Agreement for approval as fair, reasonable, and adequate.

Respectfully submitted,
Defendants

State of Connecticut, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Fed Bar # ct01211
(860) 808-5450 Telephone
(860) 808-5591 Facsimile
steven.strom@po.state.ct.us

PLAINTIFFS
Lorenzo Morgan, et al.

*[signature]*

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 585-2207 Facsimile

Anthony A. Wallace
WALLACE & O'NEILL, LLC
500 Central Avenue
New Haven, CT 06515
(203) 389-0643 Facsimile

## CERTIFICATION

I hereby certify that the foregoing Notice was faxed and mailed this 2nd day of June 2006, to the following:

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202

Anthony A. Wallace
WALLACE & O'NEILL LLC
500 Central Ave.
New Haven, Ct 06515

*[signature]*

Steven R. Strom
Assistant Attorney General

2