UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO FOREMAN, ET AL., PLAINTIFFS, | : CIVIL NO. 3:01CV0061(WIG) |
| V. | : |
| STATE OF CONNECTICUT, ET AL., DEFENDANTS. | : JULY 18, 2006 |

### AFFIDAVIT OF WARDEN CORREA
### IN COMPLIANCE WITH THE ORDER DIRECTING NOTICE

I, Robert Correa, being duly sworn, depose and say that:

1. I am the Warden of the New Haven Correctional Center (NHCC) and I have personal knowledge of the matters stated herein.

2. Pursuant to the parties' Settlement Agreement as set forth in paragraph 22, the Publication Notice was posted, on or before June 11, 2006, and it has remained posted since that date.

I have read the foregoing and it is all true and accurate to the best of my knowledge and belief.

_____
Robert Correa, Warden NHCC

Subscribed and sworn to before me this 18 day of July, 2006.

_____
Notary Public/Commissioner of the Superior Court

My commission expires: 11/30/09

Respectfully submitted,

Defendants

State of Connecticut, et.al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Fed Bar # ct01211
(860) 808-5450 Telephone
(860) 808-5591 Facsimile
steven.strom@po.state.ct.us


## CERTIFICATION

I hereby certify that the foregoing motion was faxed and mailed this 18th day of July 2006, to the following:

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202

(502) 585-2207 (fax)

Anthony A. Wallace
WALLACE & O'NEILL LLC
500 Central Ave.
New Haven, Ct 06515


(203) 389-0643 (fax)


_____
Steven R. Strom
Assistant Attorney General