UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

# APPEARANCE

| | |
|---|---|
| Lorenzo D. Foreman, et al. | 3:01 – CV – 00061 (WIG) |
| v. | |
| State of Connecticut | October 2, 2006 |

To the Clerk of this Court:  Please enter my appearance as counsel in the above matter for:   Frederick D. Ross, Jr. (claimant).

BY _____
Ira B. Grudberg (ct 00178)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503
(203) 772-3100
igrudberg@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was delivered via first class regular mail, postage prepaid, on this 2nd day of October, 2006 to:

Gregory A. Belzley
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202

Anthony A. Wallace
Wallace & O'Neill, LLC
500 Central Ave., 1st Floor
New Haven, CT 06515

Terrence M. O'Neill
Office of the Attorney General
100 Sherman Street
Hartford, CT 06105

Steven R. Strom
Office of the Attorney General
100 Sherman Street
Hartford, CT 06105

_____
Ira B. Grudberg