UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 OCT 25  A 11: 49

U.S. DISTRICT COURT
HARTFORD, CT.

LORENZO FOREMAN, ET AL., :

      PLAINTIFFS :

V. : CIVIL NO. 3:01CV0061(CFD)

STATE OF CONNECTICUT, ET AL., :

      DEFENDANTS. :

## CLAIMS ADMINISTRATOR'S REPORT

Pursuant to Paragraph 44 of the Settlement Agreement in this case, Plaintiffs tender to the Court the report of the Claims Administrator, which includes:

(a)    A list of approved claimants and the amounts paid to each;

(b)    A list of individuals whose claims were rejected by the Administrator and the reasons therefore; and

(c)    A detailed accounting of all expenses incurred by and fees of the Claims Administrator.

Respectfully submitted,

Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 540-2300 Telephone
(502) 585-2207 Facsimile

Anthony A. Wallace
WALLACE & O'NEILL, LLC
500 Central Avenue
New Haven, CT 06515
(203) 389-9998 Telephone
(203) 389-0643 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Claims Administrator's Report was mailed, via U.S. Mail, postage prepaid, this 22nd day of October, 2007, to:

Anthony A. Wallace
WALLACE & O'NEILL LLC
500 Central Avenue
New Haven, CT 06515
Co-Counsel for Plaintiffs

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Counsel for Defendants

Jonathan Reid
Analytics, Incorporated
18750 Lake Drive East
Chanhassen, MN 55317

Gregory A. Belzley
Co-Counsel for Plaintiffs

126285_1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO FOREMAN, et al., <br> Plaintiffs | : <br> : <br> : |
| v. | :    CIVIL NO. 3:01CV0061(WIG) |
| STATE OF CONNECTICUT, et al., <br> Defendants. | : <br> : <br> : |

STATE OF MINNESOTA    )
                                   ) SS:
COUNTY OF HENNEPIN   )

      JONATHAN C. REID, being first duly sworn upon oath, states as follows:

      1.     I submit this Affidavit in order to provide the Court and the parties to the above-captioned litigation with information regarding the approved claims, rejected claims, and case administrative fees. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to the facts set forth in this Affidavit.

      2.     I am a Senior Consultant for Analytics, Incorporated ("Analytics"), with offices at 18750 Lake Drive East, Chanhassen, Minnesota. Analytics was appointed Claims Administrator for the Settlement by this Court's Preliminary Order For Notice and Hearing in Connection With Settlement Proceedings (the "Preliminary Approval Order").

      3.     There were 189 approved claims in the Foreman v. Connecticut Settlement. Please see attached *Exhibit A* – "List of Claims Paid" for a list of these claims, and details of the amounts both withheld for approved state liens and distributed to claimants.

      4.     There were 69 rejected claims in the Foreman v. Connecticut Settlement. Please see attached *Exhibit B* – "List of Rejected Claims" for a list of these claims, and details regarding the reasons for these claims being rejected.

      5.    Accumulated administrative expenses and fees totaled $54,289.41. Please see attached *Exhibit C* – "Claims Administration Expenses" for a detailed accounting of administrative expenses and fees.



                                          Jonathan C. Reid

Subscribed and sworn to before me
This 20th day of July 2007

_____
Notary Public

[Notary Seal: LYNETTE MARIE MUELLER, NOTARY PUBLIC - MINNESOTA, My Commission Expires January 31, 2011]

## Exhibit A: Foreman v. CT - List of Claims Paid (189)

| ClaimNo | Name | Claim Value | Amount to DAS | Amount to DSS | Amount to Claimant |
|---|---|---|---|---|---|
| 12134 | ALBERT CIVITELLO | $8,063.87 | $0.00 | $8,063.87 | |
| 10185 | ALBERT TAVARES | $8,063.87 | $0.00 | $0.00 | |
| 10165 | ALFONZIO SANDS | $8,063.87 | $0.00 | $3,037.72 | |
| 11957 | ALLAN DAY | $8,063.87 | $2,800.00 | $0.00 | |
| 11989 | ANGEL ORTIZ | $8,063.87 | $0.00 | $8,063.87 | |
| 11301 | ANGEL ROMAN | $8,063.87 | $0.00 | $5,621.00 | |
| 11446 | ANTHONY CRUZ | $8,063.87 | $0.00 | $0.00 | |
| 10661 | ANTHONY REYNOLDS | $8,063.87 | $0.00 | $8,063.87 | |
| 10696 | ANTHONY RISI | $8,063.87 | $4,031.94 | $0.00 | |
| 10254 | ANTHONY ZUMBO | $8,063.87 | $0.00 | $8,063.87 | |
| 11331 | ANTONIO HUMPHREY | $8,063.87 | $4,031.94 | $0.00 | |
| 11995 | BARRY FUQUA | $8,063.87 | $0.00 | $8,063.87 | |
| 10110 | BERNARD MOORE | $8,063.87 | $4,031.94 | $0.00 | |
| 10847 | BOBBY HUDSON | $8,063.87 | $0.00 | $8,063.87 | |
| 11153 | BRANDON REDDICK | $8,063.87 | $0.00 | $8,063.87 | |
| 10318 | BRIAN BABJAK | $8,063.87 | $4,031.94 | $0.00 | |
| 10859 | BRIAN ESSON | $8,063.87 | $0.00 | $8,063.87 | |
| 10644 | CARL REED | $8,063.87 | $4,031.94 | $0.00 | |
| 10924 | CARLOS GREEN | $8,063.87 | $0.00 | $3,224.72 | |
| 11737 | CARLOS SANTOS | $8,063.87 | $0.00 | $8,063.87 | |
| 12182 | CHARLES CAMPBELL | $20,000.00 | $0.00 | $5,962.27 | |
| 11615 | CHARLES WATERBURY | $8,063.87 | $0.00 | $0.00 | |
| 11409 | CHARLIE SNOWFLY | $8,063.87 | $0.00 | $5,186.00 | |
| 11841 | CHRISTIAN LOPEZ | $8,063.87 | $4,031.94 | $0.00 | |
| 12111 | CHRISTOPHER FRANKLIN | $8,063.87 | $0.00 | $0.00 | |
| 12230 | CHRISTOPHER KENT | $8,063.87 | $4,031.94 | $0.00 | |
| 10972 | CLARENCE LEWIS | $8,063.87 | $0.00 | $8,063.87 | |
| 12116 | CLOVIS FAIR | $8,063.87 | $0.00 | $8,063.87 | |
| 12228 | CRAIG JOHNSON | $8,063.87 | $0.00 | $0.00 | |
| 10694 | CRAIG SMITH | $8,063.87 | $0.00 | $8,063.87 | |
| 11654 | DANIEL CURRY | $8,063.87 | $0.00 | $0.00 | |
| 11735 | DARRELL VALENTINE | $8,063.87 | $4,031.94 | $0.00 | |
| 10843 | DAVID BENSON | $8,063.87 | $0.00 | $8,063.87 | |
| 10581 | DAVID CARLSON | $8,063.87 | $0.00 | $8,063.87 | |
| 10778 | DAVID GRIMES | $8,063.87 | $3,156.00 | $0.00 | |
| 10146 | DAVID LIVINGSTON | $8,063.87 | $4,031.94 | $0.00 | |
| 11057 | DAVID RAMOS | $8,063.87 | $0.00 | $2,601.00 | |
| 11594 | DAVID RINALDI | $8,063.87 | $0.00 | $0.00 | |
| 11233 | DUANE NORMAN | $8,063.87 | $0.00 | $0.00 | |
| 10739 | EARL KEARSON | $8,063.87 | $4,031.94 | $0.00 | |
| 11825 | EDDIE DUBOSE | $8,063.87 | $4,031.94 | $0.00 | |
| 10286 | EDMUND ATKINSON | $8,063.87 | $0.00 | $8,063.87 | |
| 10606 | EDWARD BAKER | $8,063.87 | $0.00 | $8,063.87 | |
| 10991 | EDWARD FAZEKAS | $8,063.87 | $4,031.94 | $0.00 | |
| 10989 | EDWARD GREIM | $8,063.87 | $4,031.94 | $0.00 | |
| 11040 | EDWIN LANDRON | $8,063.87 | $4,031.94 | $0.00 | |
| 11672 | ELVIS FRANCIS | $8,063.87 | $0.00 | $8,063.87 | |
| 10373 | ERIC HOFLER | $8,063.87 | $4,031.94 | $0.00 | |
| 12053 | FELIPE ORTIZ | $8,063.87 | $0.00 | $8,063.87 | |
| 11083 | FITZGERALD COUNCIL | $8,063.87 | $0.00 | $8,063.87 | |
| 11171 | FLORENCIO GARCIA | $8,063.87 | $0.00 | $8,063.87 | |
| 11861 | FRANCIS SPINELLI | $8,063.87 | $4,031.94 | $0.00 | |
| 12058 | FREDERICK DRIEND | $8,063.87 | $0.00 | $0.00 | |
| 10392 | GEORGE SUTTON | $8,063.87 | $4,031.94 | $0.00 | |
| 10418 | GERALD GLATZ | $8,063.87 | $0.00 | $8,063.87 | |
| 10499 | GERALD PHILLIPS | $8,063.87 | $0.00 | $8,063.87 | |
| 11903 | GORDON COBURN | $8,063.87 | $0.00 | $0.00 | |
| 12147 | GUY MAISTO | $8,063.87 | $0.00 | $0.00 | |
| 10257 | HARVEY ANDREWS | $8,063.87 | $0.00 | $8,063.87 | |
| 11647 | HORACE DODD | $20,000.00 | $0.00 | $1,440.96 | |
| 11272 | HOWARD POLANCO | $8,063.87 | $4,031.94 | $0.00 | |
| 11847 | HUGH GOGGINS | $8,063.87 | $0.00 | $0.00 | |

| ID | Name | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|
| 11692 | JAMES BAIA | $8,063.87 | $0.00 | $4,133.35 |
| 12193 | JAMES GESLER | $8,063.87 | $934.00 | $0.00 |
| 11229 | JAMES HUNTER | $8,063.87 | $0.00 | $8,063.87 |
| 11087 | JAMES MASON | $8,063.87 | $0.00 | $8,063.87 |
| 10294 | JAMES SESLER | $8,063.87 | $0.00 | $0.00 |
| 10769 | JEFFERY JONES | $8,063.87 | $4,031.94 | $0.00 |
| 11341 | JEROME BROWN | $8,063.87 | $4,031.94 | $0.00 |
| 11706 | JESUS BONILLA | $8,063.87 | $4,031.94 | $0.00 |
| 11783 | JOHN BALDINO | $8,063.87 | $0.00 | $8,063.87 |
| 11307 | JOHN BOMBARDIER | $8,063.87 | $4,031.94 | $0.00 |
| 10441 | JOHN COCCHIOLA | $8,063.87 | $0.00 | $0.00 |
| 10051 | JOHN GOLETT | $8,063.87 | $303.00 | $0.00 |
| 11186 | JOHN HANNAN | $8,063.87 | $4,031.94 | $0.00 |
| 10540 | JOHN KWIATKOSKI | $8,063.87 | $0.00 | $5,034.00 |
| 10697 | JOHN MARINKO | $8,063.87 | $0.00 | $8,063.87 |
| 11964 | JOHN MORANN | $8,063.87 | $0.00 | $8,063.87 |
| 10077 | JOHN STREATER | $8,063.87 | $0.00 | $8,063.87 |
| 11282 | JONATHAN GELOSO | $8,063.87 | $4,031.94 | $0.00 |
| 10772 | JOSEPH CHRISTONI | $8,063.87 | $4,031.94 | $0.00 |
| 11788 | JOSEPH GRASSO | $8,063.87 | $0.00 | $0.00 |
| 10978 | JOSEPH HANNAN | $8,063.87 | $4,031.94 | $0.00 |
| 10579 | JOSEPH MARCOUILLIER | $8,063.87 | $0.00 | $8,063.87 |
| 11906 | JOSIAH MITCHELL | $8,063.87 | $0.00 | $4,345.21 |
| 11127 | JOSUE GONZALES | $8,063.87 | $4,031.94 | $0.00 |
| 11363 | JUAN GONZALEZ | $8,063.87 | $0.00 | $8,063.87 |
| 10820 | JULIO RAMIREZ | $8,063.87 | $4,031.94 | $0.00 |
| 10934 | JUSTIANO OCASIO | $8,063.87 | $0.00 | $0.00 |
| 10495 | KEITH AIKEN | $8,063.87 | $0.00 | $8,063.87 |
| 11289 | KENDRICK BRYANT | $8,063.87 | $0.00 | $8,063.87 |
| 11845 | KENNETH DONNELLY | $8,063.87 | $1,021.00 | $0.00 |
| 11110 | KENNETH WAITE | $8,063.87 | $4,031.94 | $0.00 |
| 11533 | KEVIN HIXSON | $8,063.87 | $4,031.94 | $0.00 |
| 10779 | LARRY EDMUNDSON | $8,063.87 | $0.00 | $0.00 |
| 11978 | LEON GARGAR | $8,063.87 | $0.00 | $0.00 |
| 10328 | LEON NELSON | $8,063.87 | $0.00 | $8,063.87 |
| 11679 | LEONARD PAIVA | $8,063.87 | $0.00 | $3,091.07 |
| 10536 | LORENZO FOREMAN | $20,000.00 | $0.00 | $15,308.47 |
| 10191 | LOUIS RUDOLPH | $8,063.87 | $4,031.94 | $0.00 |
| 11084 | MARK BERNARDI | $8,063.87 | $4,031.94 | $0.00 |
| 10766 | MARK COLELLA | $8,063.87 | $0.00 | $8,063.87 |
| 10722 | MARK HARVIN | $8,063.87 | $0.00 | $8,063.87 |
| 10251 | MARK LESTAGE | $8,063.87 | $4,031.94 | $0.00 |
| 12061 | MARTIN BARBOSA | $8,063.87 | $0.00 | $0.00 |
| 10532 | MICHAEL BENTON | $8,063.87 | $3,927.00 | $0.00 |
| 11191 | MICHAEL GREEN | $8,063.87 | $0.00 | $8,063.87 |
| 12024 | MICHAEL JUREWICZ | $8,063.87 | $0.00 | $8,063.87 |
| 11474 | MICHAEL MCCOTER | $8,063.87 | $0.00 | $8,063.87 |
| 11178 | MICHAEL MENTA | $8,063.87 | $4,031.94 | $0.00 |
| 10395 | MICHAEL MILLS | $8,063.87 | $0.00 | $8,063.87 |
| 10065 | MICHAEL MORRISON | $8,063.87 | $0.00 | $0.00 |
| 11309 | MICHAEL OKEEFE | $8,063.87 | $0.00 | $1,284.46 |
| 10574 | MICHAEL SIMPSON | $8,063.87 | $0.00 | $8,063.87 |
| 12139 | MILTON WALKER | $8,063.87 | $0.00 | $0.00 |
| 10181 | MOSES SWINT | $8,063.87 | $4,031.94 | $0.00 |
| 10629 | NEIL EDWARDS | $8,063.87 | $0.00 | $4,962.95 |
| 11665 | NELSON RIVERA | $8,063.87 | $0.00 | $8,063.87 |
| 10946 | ONIX ACEVEDO-PLANAS | $8,063.87 | $0.00 | $6,104.44 |
| 11500 | PABLO ECHEVARRIA | $8,063.87 | $0.00 | $8,063.87 |
| 11224 | PAUL COLICCI | $8,063.87 | $4,031.94 | $0.00 |
| 10203 | PAUL PAGANO | $8,063.87 | $0.00 | $8,063.87 |
| 11096 | PETER FERENCE | $8,063.87 | $4,031.94 | $0.00 |
| 11078 | PETER GOULD | $8,063.87 | $4,031.94 | $0.00 |
| 12221 | PETER VILLANO | $8,063.87 | $4,031.94 | $0.00 |
| 11506 | PHILLIP ANDREWS | $8,063.87 | $0.00 | $0.00 |
| 11883 | RAFAEL CARABALLO | $8,063.87 | $4,031.94 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 12243 | RAMON RODRIGUEZ | $8,063.87 | $0.00 | $8,063.87 |
| 12245 | RAYMOND E. DEMARCO | $8,063.87 | $0.00 | $0.00 |
| 10942 | RAYMOND SCOTT | $8,063.87 | $0.00 | $8,063.87 |
| 10979 | RAYMOND SMITH | $8,063.87 | $4,031.94 | $0.00 |
| 10747 | REAL PELLETIER | $8,063.87 | $4,031.94 | $0.00 |
| 10668 | REAL SPRAGUE | $8,063.87 | $0.00 | $8,063.87 |
| 11919 | REINALDO VAZQUEZ | $8,063.87 | $4,031.94 | $0.00 |
| 10719 | REYNOLD BIDON | $8,063.87 | $0.00 | $0.00 |
| 11502 | RICHARD BRODERICK | $8,063.87 | $0.00 | $0.00 |
| 11933 | RICHARD HAGEN | $8,063.87 | $0.00 | $8,063.87 |
| 10913 | RICHARD MARKHAM | $8,063.87 | $0.00 | $8,063.87 |
| 10224 | RICHARD QUINLAN | $8,063.87 | $4,031.94 | $0.00 |
| 10853 | ROBERT BANKS | $8,063.87 | $0.00 | $8,063.87 |
| 11544 | ROBERT FERNANDEZ | $8,063.87 | $0.00 | $7,970.83 |
| 11125 | ROBERT HANCOCK | $8,063.87 | $3,736.00 | $0.00 |
| 10138 | ROBERT KENISTON | $8,063.87 | $0.00 | $0.00 |
| 11188 | ROBERT SAKOWICZ | $8,063.87 | $0.00 | $8,063.87 |
| 10508 | ROBERT SENK | $8,063.87 | $4,031.94 | $0.00 |
| 10265 | ROBERT WALTER | $8,063.87 | $0.00 | $8,063.87 |
| 11320 | ROBERT YOOS | $8,063.87 | $4,031.94 | $0.00 |
| 10743 | ROBERTO POUNCEY | $8,063.87 | $0.00 | $8,063.87 |
| 10311 | ROGER SIMS | $8,063.87 | $0.00 | $8,063.87 |
| 10865 | RONALD BOYD | $8,063.87 | $0.00 | $8,063.87 |
| 11299 | RONALD GAETANO | $8,063.87 | $728.00 | $0.00 |
| 10075 | RONALD SCHOFIELD | $8,063.87 | $4,031.94 | $0.00 |
| 10564 | ROOSEVELT ELLIOT | $8,063.87 | $0.00 | $8,063.87 |
| 10630 | RORY FRAZIER | $8,063.87 | $4,031.94 | $0.00 |
| 10037 | ROY RICH | $8,063.87 | $707.00 | $0.00 |
| 10993 | SAHEEB WOOLFOLK | $8,063.87 | $0.00 | $8,063.87 |
| 12052 | SCOTT JOHNSON | $8,063.87 | $0.00 | $0.00 |
| 10591 | SEAN LONDON | $8,063.87 | $0.00 | $8,063.87 |
| 11154 | SHELVONN JONES | $8,063.87 | $4,031.94 | $0.00 |
| 10677 | STACY BARNES | $8,063.87 | $0.00 | $8,063.87 |
| 10388 | STEPHEN LUTZ | $8,063.87 | $4,031.94 | $0.00 |
| 10693 | STEPHEN WILD | $8,063.87 | $4,031.94 | $0.00 |
| 10384 | STEVEN LINK | $8,063.87 | $4,031.94 | $0.00 |
| 10758 | TERRANCE DINGLE | $8,063.87 | $0.00 | $8,063.87 |
| 11971 | TERRELL BROWN | $8,063.87 | $0.00 | $8,063.87 |
| 11744 | THOMAS BIEWALD | $8,063.87 | $0.00 | $8,063.87 |
| 10303 | THOMAS BYRON | $8,063.87 | $4,031.94 | $0.00 |
| 11977 | THOMAS COLLUM | $8,063.87 | $0.00 | $0.00 |
| 11395 | THOMAS HALLERAN | $8,063.87 | $3,306.00 | $0.00 |
| 10114 | THOMAS LEE | $8,063.87 | $0.00 | $8,063.87 |
| 10049 | THOMAS MACKSEY | $8,063.87 | $4,031.94 | $0.00 |
| 10221 | THOMAS MCNABB | $8,063.87 | $4,031.94 | $0.00 |
| 11228 | THOMAS MOONEY | $8,063.87 | $4,031.94 | $0.00 |
| 11694 | TIMOTHY JACKSON | $8,063.87 | $3,661.00 | $0.00 |
| 10830 | TODD FERGUSON | $8,063.87 | $0.00 | $8,063.87 |
| 10718 | TRAVIS DRAYTON | $8,063.87 | $4,031.94 | $0.00 |
| 11565 | TYSHAWN BOYKIN | $8,063.87 | $4,031.94 | $0.00 |
| 10301 | VERNON KINCH | $8,063.87 | $4,031.94 | $0.00 |
| 10154 | VICTOR ROSARIO | $8,063.87 | $1,395.00 | $0.00 |
| 12133 | WAYMAN STARKS | $8,063.87 | $4,031.94 | $0.00 |
| 12239 | WAYNE MCCRAY | $8,063.87 | $0.00 | $8,063.87 |
| 10676 | WESLEY ROBBINS | $8,063.87 | $0.00 | $8,063.87 |
| 11356 | WILLIAM GREEN | $8,063.87 | $0.00 | $8,063.87 |
| 10359 | WILLIAM JONES | $8,063.87 | $0.00 | $8,063.87 |
| 11129 | WILLIAM MERRIAM | $8,063.87 | $0.00 | $0.00 |
| 11016 | WILLIAM NORTHROP | $8,063.87 | $4,031.94 | $0.00 |
| 11454 | WILLIAM TSOUKALAS | $8,063.87 | $1,313.00 | $0.00 |
| 11056 | WILLIE PRINGLE | $8,063.87 | $0.00 | $8,063.87 |
| 10837 | WILSON SANTIAGO | $8,063.87 | $4,031.94 | $0.00 |
| | | | $276,967.28 | $635,715.48 |

## Exhibit B: Foreman v. CT - List of Rejected Claims (69)

| ID | First | Last | Reason |
|---|---|---|---|
| 10792 | Adam | Debernardi | Non-Qualifying Offense |
| 10416 | Andrew | Sabo | Non-Qualifying Offense |
| 10534 | Andrew | Woods | Non-Qualifying Offense |
| 12240 | Anthony | Meneo | Not unsentenced during time period |
| 10425 | Brian | English | Non-Qualifying Offense |
| 11261 | Bruce | Kosienski | Non-Qualifying Offense |
| 11929 | Chad | Weaver | Non-Qualifying Offense |
| 10547 | Chester | Kolakowski | Non-Qualifying Offense |
| 10683 | Clinton | Suggs | Non-Qualifying Offense |
| 10458 | Dana | Fox | Non-Qualifying Offense |
| 11848 | Daniel | Britt | Non-Qualifying Offense |
| 12236 | David | Cewe | Not unsentenced during time period |
| 10327 | Dennis | Moore | Non-Qualifying Offense |
| 10961 | Edward | Butler | Non-Qualifying Offense |
| 12005 | Eric | Murrell | Non-Qualifying Offense |
| 11081 | Eric | Pechalonis | Non-Qualifying Offense |
| 10775 | Floyd | Watts | Non-Qualifying Offense |
| 10101 | Frank | Coppola | Non-Qualifying Offense and deceased, no documentation |
| 11927 | Frederick | Bennett | Non-Qualifying Offense |
| 12246 | Frederick D. | Ross | Non-Qualifying Offense |
| 10167 | Gary | Stovall | Non-Qualifying Offense |
| 10869 | Gary | Troisi | Non-Qualifying Offense |
| 10105 | George | McDonald | Non-Qualifying Offense |
| 12227 | Geremia | Chaparro | Non-Qualifying Offense |
| 10230 | Greg | Sipperly | Deceased, form not filled out |
| 10576 | Gregorio | Hernandez | Non-Qualifying Offense |
| 12234 | Gregory | King | Not in NHCC during time period |
| 11164 | Gregory | Teel | Non-Qualifying Offense |
| 10777 | Hashim Abdul | Allah | Non-Qualifying Offense |
| 12233 | Howard | Jennings | Not unsentenced during time period |
| 10282 | Jacob | Bostic | Non-Qualifying Offense |
| 10721 | James | Salemme | Non-Qualifying Offense |
| 12028 | Jason | Kennedy | Non-Qualifying Offense |
| 11264 | Jason | Puttre | Non-Qualifying Offense |
| 10999 | Jeffrey | Milam | Non-Qualifying Offense |
| 11926 | Jody | Mercer | Non-Qualifying Offense |
| 10272 | John | Doerrer | Deceased, form not filled out |
| 10742 | John | Eastman | Non-Qualifying Offense and suicide watch |
| 11687 | John | Foley | Non-Qualifying Offense |
| 10669 | John | McElveen | Non-Qualifying Offense |
| 10270 | John | Mele | Non-Qualifying Offense |
| 10773 | John | Meyers | Non-Qualifying Offense |
| 11213 | Jonathan | McKinnie | Non-Qualifying Offense |
| 10894 | Jose | Quinones | Not in NHCC during time period |
| 11306 | Juan | Mariani | Non-Qualifying Offense |
| 10338 | Juan | Ruiz | Non-Qualifying Offense |
| 12229 | Justice Universal | Born | Non-Qualifying Offense |
| 12231 | Keith | Gomes | Not in NHCC during time period |
| 11232 | Kevin | Hall | Non-Qualifying Offense |
| 12244 | Leonard | Intelisano | Non-Qualifying Offense |
| 11855 | Lewis | Bullock | Non-Qualifying Offense |
| 12241 | Mark | Orcutt | Non-Qualifying Offense |
| 10710 | Michael | Neal | Non-Qualifying Offense |
| 11931 | Miguel | Berly | Non-Qualifying Offense |
| 12235 | Norman | Machen | Not in NHCC during time period |
| 10980 | Norman | Monti | Non-Qualifying Offense |
| 12237 | Paul | Castellone | Non-Qualifying Offense |
| 11566 | Pedro | Poupart | Non-Qualifying Offense |
| 10218 | Peter | Savanelli | Non-Qualifying Offense |
| 11925 | Robert | Troccolla | Non-Qualifying Offense |
| 12232 | Rodney | Henderson | Non-Qualifying Offense |
| 10116 | Sidney | Wylie | Non-Qualifying Offense |
| 12156 | Steven | Ash | "No" selected in section two of claim form (non-class member) |

| | | | |
|---|---|---|---|
| 11032 | Steven | Guertin | Non-Qualifying Offense |
| 11324 | Thomas | Cedeno | Non-Qualifying Offense |
| 12242 | Thomas | Hunt | Not unsentenced during time period |
| 11768 | Waldemar | Velez | Non-Qualifying Offense |
| 11142 | William | Lawrence | Non-Qualifying Offense |
| 12238 | William | McElveen | Non-Qualifying Offense |

## Exhibit C: Claims Administration Expenses

| Date | Description | | Amount |
|---|---|---|---:|
| 6/5/2006 | Estimated Postage required for initial mailing - 2223 @ $0.39/ea | $ | 866.97 |
| 6/5/2006 | Media Campaig - Conn Post, Hartford Courant, & New Haven Register | $ | 17,943.77 |
| 3/9/2006 | Project Initiation, review case details. | $ | 31.25 |
| 3/13/2006 | Project Initiation, format claim form. | $ | 125.00 |
| 3/15/2006 | Project Initiation, develop project plan. | $ | 187.50 |
| 3/16/2006 | Project Initiation, develop project plan. | $ | 62.50 |
| 3/17/2006 | Project Initiation, develop project plan. | $ | 125.00 |
| 3/20/2006 | Project Initiation, develop project plan, respond to CT liens question. | $ | 125.00 |
| 3/21/2006 | Project Initiation, develop project plan, respond to CT liens question. | $ | 62.50 |
| 3/23/2006 | Project Initiation, develop project plan. | $ | 31.25 |
| 4/25/2006 | Project Initiation, Notice and Claim Form Formatting. | $ | 500.00 |
| 4/26/2006 | Format claim form. | $ | 419.33 |
| 4/27/2006 | Format claim form and notice. | $ | 245.75 |
| 4/27/2006 | Project Initiation, Format Claim Form and Notice. | $ | 125.00 |
| 5/16/2006 | Project Initiation, claim and notice development. | $ | 62.50 |
| 5/24/2006 | Project initiation, develop claim form and notice. | $ | 250.00 |
| 5/25/2006 | Format claim form and notice. | $ | 125.00 |
| 5/30/2006 | Project initiation, Call Center configuration | $ | 258.75 |
| 5/30/2006 | Project initiation, web site development | $ | 258.75 |
| 5/31/2006 | Project initiation, Call Center configuration | $ | 172.50 |
| 5/31/2006 | Project initiation, web site development | $ | 172.50 |
| 6/1/2006 | Project Initiation, Call Center configuration | $ | 115.00 |
| 6/2/2006 | Project Initiation, web site development | $ | 62.50 |
| 6/5/2006 | Preparing claim, notice, data, for mailing. | $ | 393.19 |
| 6/5/2006 | Project Initiation, finalize mailing details. | $ | 125.00 |
| 6/6/2006 | Case Setup: supervise the printing and mailing of claim materials, and the recording of the IVR. | $ | 314.79 |
| 6/6/2006 | Claims administration interface development and testing | $ | 40.06 |
| 6/6/2006 | Project Initiation, approve data proofs, notice proofs, and finalize mailing. | $ | 375.00 |
| 6/6/2006 | Source data import and setup for mailing | $ | 211.15 |
| 6/7/2006 | Claims administration interface development and testing | $ | 97.05 |
| 6/7/2006 | Finalize mailing details. | $ | 125.00 |
| 6/8/2006 | Claims administration interface development and testing | $ | 108.71 |
| 6/8/2006 | Create, edit, and test website. | $ | 99.76 |
| 6/8/2006 | Project Initiation, Finalize Call Center development | $ | 115.00 |
| 6/9/2006 | Create, edit, and test website. | $ | 422.85 |
| 6/9/2006 | IVR creation for Forman | $ | 154.13 |
| 6/9/2006 | Project Initiation: Finalize website development. | $ | 125.00 |
| 6/12/2006 | Edit website. | $ | 72.55 |
| 6/12/2006 | Revise Call Center data. | $ | 57.50 |
| 6/12/2006 | Revise Web site | $ | 57.50 |
| 6/15/2006 | Claims administration interface development and testing | $ | 58.81 |
| 6/20/2006 | Scanning claim forms to Attorney's for review. | $ | 159.63 |
| 6/21/2006 | Scanning claim forms to Attorney's for review. | $ | 55.57 |
| 6/21/2006 | Supervise and QR scanned claim reporting for client. | $ | 109.76 |
| 6/22/2006 | Scanning claim forms to Attorney's for review. | $ | 49.75 |
| 6/23/2006 | Claims administration interface development and testing | $ | 40.86 |
| 6/23/2006 | Scanning pdf's of received claims for daily reporting. | $ | 23.01 |
| 6/26/2006 | Create and email spreadsheet reports for received emails. | $ | 176.28 |
| 6/26/2006 | Review project information and manage update of claims information. | $ | 125.00 |
| 6/27/2006 | Scan claims and complete spreadsheet for requested claims reporting. | $ | 57.06 |
| 6/27/2006 | Update project status. | $ | 31.25 |
| 6/29/2006 | Scan and prepare claims received report for client. | $ | 34.01 |
| 6/30/2006 | Live Operator Support for June - 28 min @ $1.00/min. | $ | 28.00 |
| 6/30/2006 | Per month minimum fee for June 2006 @ $100 per month | $ | 100.00 |
| 7/6/2006 | Claimant phone call log reporting | $ | 22.30 |
| 7/7/2006 | Scanning claim forms to Attorney's for review. | $ | 11.12 |

| Date | Description | | Amount |
|---|---|---|---|
| 7/10/2006 | Scan daily claims and email update to client. | $ | 32.51 |
| 7/10/2006 | Scanning claim forms to Attorney's for review. | $ | 31.01 |
| 7/11/2006 | Draft Foreman Claims acknowledgement letter | $ | 70.38 |
| 7/11/2006 | Liaise with client and counsel re: case processes and objection reporting. | $ | 100.00 |
| 7/11/2006 | Scanning claim forms to Attorney's for review. | $ | 16.54 |
| 7/13/2006 | Add functionality to Login, Search capability | $ | 53.60 |
| 7/13/2006 | Assemble mailing affidavit. | $ | 125.00 |
| 7/13/2006 | Scanning claim forms to Attorney's for review. | $ | 84.47 |
| 7/14/2006 | Scanning claim forms to Attorney's for review. | $ | 18.62 |
| 7/17/2006 | FedEx to Greg Belzley/Dinsmore & Shohl LLP | $ | 18.91 |
| 7/17/2006 | Prepare mailing affidavit. | $ | 187.50 |
| 7/17/2006 | Scanning claim forms to Attorney's for review. | $ | 11.72 |
| 7/18/2006 | Respond to processing question. | $ | 62.50 |
| 7/18/2006 | Scanning claim forms to Attorney's for review. | $ | 5.34 |
| 7/19/2006 | Scanning claim forms to Attorney's for review. | $ | 26.04 |
| 7/21/2006 | Research and discuss case questions / planning with client. | $ | 120.24 |
| 7/21/2006 | Scanning claim forms to Attorney's for review. | $ | 10.11 |
| 7/24/2006 | Research / liaise with client re: case banking needs. | $ | 129.55 |
| 7/24/2006 | Scanning claim forms to Attorney's for review. | $ | 37.07 |
| 7/26/2006 | Banking research / liaise with client re: banking issues. | $ | 90.66 |
| 7/26/2006 | Scanning claim forms to Attorney's for review. | $ | 11.84 |
| 7/27/2006 | Work with Controller and client to being setting up distribution account. | $ | 69.20 |
| 7/31/2006 | Additional Claim forms mailed 11 @ $0.39 | $ | 4.29 |
| 7/31/2006 | Live Operator Support for July - 4 min @ $1.00/min. | $ | 4.00 |
| 7/31/2006 | Per month minimum fee for July 2006 @ $100 per month | $ | 100.00 |
| 7/31/2006 | Print, Personalize, Inset and Mail Class Notice - 2,234 @ $0.85/ea. | $ | 1,898.90 |
| 7/31/2006 | Process Address Corrections Provided by the US Post Office 15 @ $1.39/ea. | $ | 20.85 |
| 7/31/2006 | Process and Receive Claim Forms - 211 @ $1.75/ea. | $ | 369.25 |
| 7/31/2006 | Process Mail Returned as Undeliverable by the US Post Office - 1,053 @ $0.25/ea. | $ | 263.25 |
| 7/31/2006 | Scanning claim forms to Attorney's for review. | $ | 18.82 |
| 7/31/2006 | Website Hosting $100 per month - June and July 2006 | $ | 200.00 |
| 8/2/2006 | Compile banking information for client. | $ | 48.40 |
| 8/2/2006 | Scanning claim forms to Attorney's for review. | $ | 6.68 |
| 8/7/2006 | Scanning claim forms to Attorney's for review. | $ | 32.97 |
| 8/8/2006 | Scanning claim forms to Attorney's for review. | $ | 22.01 |
| 8/9/2006 | Coordinate, re-send, and fax bank acct. information to state of CT. | $ | 61.15 |
| 8/10/2006 | Scanning claim forms to Attorney's for review. | $ | 15.33 |
| 8/14/2006 | Continued liaising re: settlement bank, and finalizing bond. | $ | 214.34 |
| 8/14/2006 | Scanning claim forms to Attorney's for review. | $ | 10.02 |
| 8/15/2006 | Further work into finalizing bond, and working with state of CT re: fund requirements. | $ | 87.01 |
| 8/16/2006 | Conference call re: funds and account. | $ | 61.35 |
| 8/16/2006 | Scanning claim forms to Attorney's for review. | $ | 12.62 |
| 8/18/2006 | Communication with CT office re: release of funds. | $ | 46.28 |
| 8/18/2006 | Scanning claim forms to Attorney's for review. | $ | 6.69 |
| 8/21/2006 | Scanning claim forms to Attorney's for review. | $ | 12.83 |
| 8/22/2006 | Scanning claim forms to Attorney's for review. | $ | 8.72 |
| 8/24/2006 | Scanning claim forms to Attorney's for review. | $ | 7.94 |
| 8/25/2006 | Update data with lien information from CT. | $ | 336.56 |
| 8/28/2006 | Continued contact with State of CT regarding Settlement Funds. | $ | 77.78 |
| 8/28/2006 | Scanning claim forms to Attorney's for review. | $ | 6.13 |
| 8/29/2006 | Continued contact with State of CT regarding Settlement Funds, faxing W-9 form. | $ | 84.03 |
| 8/29/2006 | Scanning claim forms to Attorney's for review. | $ | 6.40 |
| 8/30/2006 | Update data with lien information from State of Connecticut. | $ | 65.10 |
| 8/31/2006 | Continued contact with State of Connecticut regarding Settlement Funds. | $ | 160.00 |
| 8/31/2006 | Per month minimum fee for Aug 2006 @ $100 per month | $ | 100.00 |
| 8/31/2006 | Postage for additional requests for August | $ | 2.34 |

| Date | Description | | Amount |
|---|---|---|---|
| 8/31/2006 | Scanning claim forms to Attorneys for review. | $ | 4.33 |
| 9/1/2006 | Scanning claim forms to Attorneys for review. | $ | 4.54 |
| 9/5/2006 | Contact with State of Connecticut and client regarding withholding amounts for named plaintiffs. | $ | 244.48 |
| 9/5/2006 | Scanning claim forms to Attorneys for review. | $ | 9.02 |
| 9/7/2006 | Update claimant lien information. | $ | 86.22 |
| 9/11/2006 | Contact with client and final coordination of named plaintiff checks. | $ | 123.61 |
| 9/11/2006 | Scanning claim forms to Attorneys for review. | $ | 3.33 |
| 9/11/2006 | Update spreadsheet of objections from the State of CT. | $ | 210.56 |
| 9/12/2006 | Contact with client re: named plaintiff checks and check for attorney fees. | $ | 54.65 |
| 9/12/2006 | Scanning claim forms to Attorneys for review. | $ | 7.38 |
| 9/12/2006 | Update spreadsheet of objections from the State of CT. | $ | 96.53 |
| 9/13/2006 | FedEx check to Anthony Wallace | $ | 21.29 |
| 9/13/2006 | FedEx check to Horace Dodd | $ | 20.45 |
| 9/13/2006 | FedEx check to Pam Hogan/State of Connecticut | $ | 19.19 |
| 9/13/2006 | Prepare and send named plaintiff checks. | $ | 203.72 |
| 9/14/2006 | Scanning claim forms to Attorneys for review. | $ | 3.68 |
| 9/15/2006 | FedEx check to Greg Belzley/Dinsmore & Shohl LLP | $ | 16.20 |
| 9/15/2006 | Receive, review, and fed-ex check for attorney fees to client. | $ | 132.12 |
| 9/18/2006 | Scanning claim forms to Attorneys for review. | $ | 8.97 |
| 9/19/2006 | Contacting claimants for more information. | $ | 9.49 |
| 9/19/2006 | FedEx deficiency letter to Andrew Woods | $ | 29.19 |
| 9/19/2006 | FedEx deficiency letter to David Livingston | $ | 21.29 |
| 9/19/2006 | FedEx deficiency letter to David Ramos | $ | 21.29 |
| 9/19/2006 | FedEx deficiency letter to Jesus Bonilla | $ | 21.29 |
| 9/19/2006 | FedEx deficiency letter to Stacy Barnes | $ | 21.29 |
| 9/19/2006 | FedEx deficiency letter to Thomas Biewald | $ | 21.29 |
| 9/19/2006 | FedEx deficiency letter to Tyshawn Boykin | $ | 21.29 |
| 9/19/2006 | FedEx deficiency letter to Willie Pringle | $ | 21.29 |
| 9/19/2006 | Liaise with client, produce deficiency letters to fed-ex to deficient claimants. | $ | 400.24 |
| 9/19/2006 | Scanning claim forms to Attorneys for review. | $ | 4.23 |
| 9/20/2006 | Contacting claimants for more information. | $ | 15.17 |
| 9/20/2006 | Deficiency letter to Coburn sent by Certified Mail | $ | 14.40 |
| 9/20/2006 | FedEx deficiency letter to Charles Waterbury IV | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Christopher Franklin | $ | 20.45 |
| 9/20/2006 | FedEx deficiency letter to Craig Johnson | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Juan Mariani | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Keith Aiken | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Onix Planas | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Peter Ference | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Reynold Bidon | $ | 21.29 |
| 9/20/2006 | FedEx deficiency letter to Steven Ash | $ | 21.29 |
| 9/20/2006 | Liaise with client, produce deficiency letters to fed-ex to deficient claimants. | $ | 275.49 |
| 9/20/2006 | Scanning claim forms to Attorneys for review. | $ | 5.56 |
| 9/21/2006 | FedEx deficiency letter to Norman Monti | $ | 21.29 |
| 9/21/2006 | Produce deficiency letters to fed-ex to deficient claimants. | $ | 53.72 |
| 9/21/2006 | Update data with lien information from CT. | $ | 70.42 |
| 9/22/2006 | Liaise with State of CT, client, and controller re: the replacement of Bureau of Child Support's misplaced check. | $ | 224.69 |
| 9/22/2006 | Scanning claim forms to Attorneys for review. | $ | 8.89 |
| 9/25/2006 | Scanning claim forms to Attorneys for review. | $ | 19.31 |
| 9/26/2006 | Compile re-submitted claims to address deficiencies. | $ | 57.12 |
| 9/26/2006 | FedEx check to Pam Hogan/State of Connectucut | $ | 19.19 |
| 9/26/2006 | Re-issue Bureau of Child Support's withholdings check. | $ | 96.53 |
| 9/26/2006 | Scanning claim forms to Attorneys for review. | $ | 13.95 |
| 9/29/2006 | Scanning claim forms to Attorneys for review. | $ | 11.29 |
| 9/29/2006 | Update data with lien information from CT. | $ | 155.76 |
| 9/30/2006 | Per month minimum fee for Sept 2006 @ $100 per month | $ | 100.00 |
| 9/30/2006 | Postage for additional requests for September | $ | 1.56 |

| Date | Description | Amount |
|---|---|---:|
| 10/2/2006 | Coordinate re-submission of objection claims for client. | $ 80.03 |
| 10/2/2006 | Scanning claim forms to Attorneys for review. | $ 24.21 |
| 10/17/2006 | Crime/Dishonesty Bond | $ 6,624.00 |
| 10/31/2006 | Live Operator Support for Aug through Oct - 15.22 min @ $1.00/min. | $ 15.22 |
| 10/31/2006 | Per month minimum fee for Oct 2006 @ $100 per month | $ 100.00 |
| 10/31/2006 | Print, Personalize, Inset and Mail Class Notice - 10 @ $0.85/ea. | $ 8.50 |
| 10/31/2006 | Process and Receive Claim Forms - 41 @ $1.75/ea. | $ 71.75 |
| 10/31/2006 | Process Mail Returned as Undeliverable by the US Post Office - 12 @ $0.25/ea. | $ 3.00 |
| 10/31/2006 | Website Hosting $100 per month - August through October 2006 | $ 300.00 |
| 9/1/2006 | Delivery to C Tims/Citizens Bank | $ 16.99 |
| 11/1/2006 | Format and editing claim forms | $ 690.00 |
| 11/7/2006 | Liaise with client re: claimant status letters. | $ 54.51 |
| 11/13/2006 | Coordinate the formatting of acceptance and objection letters. | $ 87.26 |
| 11/13/2006 | Format claimant status letters. | $ 176.01 |
| 11/14/2006 | Begin reviewing final objection spreadsheet. | $ 65.03 |
| 11/14/2006 | Finalize formatting of acceptance and objection letters. | $ 41.22 |
| 11/14/2006 | Made requested revisions to formatted letters. | $ 107.56 |
| 11/15/2006 | Verify / update claimant addresses | $ 73.40 |
| 11/16/2006 | FedEx to Steven Strom/Attorney General's Office | $ 18.45 |
| 11/20/2006 | Liaise with client and scan late claims for consideration. | $ 74.58 |
| 11/20/2006 | Re-verify objected claims lists based upon updated data from CT, and re-circulate for review. | $ 171.67 |
| 11/21/2006 | Communicate with client re: finalized objection lists. | $ 48.33 |
| 11/22/2006 | Continued verification / contact with Defense Counsel re: changes to objection list. | $ 73.33 |
| 11/29/2006 | Continued verification / contact with Defense Counsel re: changes to objection list. | $ 159.06 |
| 11/29/2006 | Formatted and printed letters. | $ 308.97 |
| 11/30/2006 | Coordinate printing and QR of Foreman letters. | $ 196.35 |
| 11/30/2006 | Live Operator Support for November - 12.43 min @ $1.00/min. | $ 12.43 |
| 11/30/2006 | Per month minimum fee for Nov 2006 @ $100 per month | $ 100.00 |
| 11/30/2006 | Postage to mail 253 letters »Ck 22885 Postmaster | $ 98.67 |
| 12/5/2006 | Meet with IT to set up processing application. | $ 77.43 |
| 12/6/2006 | Establishing and development of claims processing application | $ 290.95 |
| 12/6/2006 | Test processing application with IT. | $ 61.18 |
| 12/7/2006 | Finalize processing application. | $ 45.24 |
| 12/13/2006 | Applications development and testing | $ 26.51 |
| 12/14/2006 | Liaise with counsel, mail late Foreman claimant letters. | $ 84.24 |
| 12/18/2006 | Liaise with counsel and scan claimant objection for review. | $ 55.59 |
| 12/18/2006 | Postage | $ 1.95 |
| 12/20/2006 | Fed-ex rejection letter to claimant. | $ 32.36 |
| 12/22/2006 | Return claimant calls. | $ 67.92 |
| 12/27/2006 | Printing envleopes »Tonka Printing Invoice | $ 141.65 |
| 12/30/2006 | FedEx return due to incorrect address | $ 10.09 |
| 12/31/2006 | Live Operator Support for December - 22.08 min @ $1.00/min. | $ 22.08 |
| 12/31/2006 | Per month minimum fee for Dec. 2006 @ $100 per month | $ 100.00 |
| 12/31/2006 | Website Hosting $100 per month - November through December 2006 | $ 200.00 |
| 1/2/2007 | Formatted and printed acknowledgement letters | $ 18.24 |
| 1/2/2007 | PDF claimant correspondence to client. | $ 25.38 |
| 1/2/2007 | Reprint and modified denial letter as per client's instructions. | $ 44.79 |
| 1/3/2007 | FedEx to Justice Born | $ 18.36 |
| 1/3/2007 | Print and mail client correspondence to claimants. | $ 55.80 |
| 1/5/2007 | Generated accepted/rejected report. | $ 57.50 |
| 1/8/2007 | QR 2006 1099 forms | $ 75.00 |
| 1/9/2007 | Print and mail client correspondence to claimants. | $ 73.26 |
| 1/15/2007 | Postage from Analytics postage meter »Claimant correspondance return 2@.39, 1099 forms 4@.39 | $ 2.34 |
| 1/22/2007 | Prepare and transmit final claimant spreadsheet for State of CT liens. | $ 193.75 |

| Date | Description | | Amount |
|---|---|---|---|
| 1/24/2007 | Return claimant calls. | $ | 9.58 |
| 1/29/2007 | Postage from Analytics postage meter »Return of claimant correspondance | $ | 0.39 |
| 1/31/2007 | Live Operator Support for January 2007 - 16.93 min @ $1.00/min. | $ | 16.93 |
| 1/31/2007 | Per month minimum fee for January. 2007 @ $100 per month | $ | 100.00 |
| 1/31/2007 | Print, Personalize, Inset and Mail Class Notice - 10 @ $0.85/ea. | $ | 8.50 |
| 1/31/2007 | Process and Receive Claim Forms - 6 @ $1.75/ea. | $ | 10.50 |
| 1/31/2007 | Process Mail Returned as Undeliverable by the US Post Office - 18 @ $0.25/ea. | $ | 4.50 |
| 1/31/2007 | Research and liaise with client re: case estimate. | $ | 86.18 |
| 2/6/2007 | Returning claimant calls. | $ | 16.81 |
| 2/7/2007 | Liaise with client re: check format and distribution process. | $ | 73.33 |
| 2/8/2007 | Return claimant calls. | $ | 20.82 |
| 2/12/2007 | Liaise with client re: check distribution options. | $ | 29.20 |
| 2/13/2007 | Return claimant calls. | $ | 13.50 |
| 2/22/2007 | Liaise with client re: distribution options. | $ | 52.57 |
| 2/28/2007 | Coordination of check sample for client review. | $ | 72.85 |
| 2/28/2007 | Format checks for MICR testing | $ | 174.90 |
| 2/28/2007 | Formatted letters. | $ | 108.16 |
| 2/28/2007 | Live Operator Support for February 2007 - 16.93 min @ $1.00/min. | $ | 24.67 |
| 2/28/2007 | Per month minimum fee for February. 2007 @ $100 per month | $ | 100.00 |
| 2/28/2007 | Phone conference with client, and coordination of check and letter formatting for distribution. | $ | 279.58 |
| 2/28/2007 | Phone conference with client, and coordination of check and letter formatting for distribution. | $ | 125.00 |
| 2/28/2007 | Process Address Corrections Provided by the US Post Office 1 @ $1.39/ea. | $ | 1.39 |
| 2/28/2007 | Website Hosting $100 per month - January through February 2007 | $ | 200.00 |
| 3/1/2007 | Document Retention - Two Years - $1 per box/month - 1 box | $ | 24.00 |
| 3/1/2007 | IVR usage for March 2007 | $ | 100.00 |
| 3/1/2007 | Live Operator Support for March 2007 - 40.00 min @ $1.00/min. | $ | 40.00 |
| 3/1/2007 | Website Hosting $100 per month - March 2007 | $ | 100.00 |
| 3/11/2007 | Print cost for Distribution Letters - 189 @ $0.50/ea. | $ | 94.50 |
| 3/12/2007 | Postage to mail checks to Claimants - 189 @ $0.39/ea. | $ | 73.71 |
| 3/13/2007 | Checks to be sent to Attorney and State of CT - 5 @ $0.50/ea. | $ | 2.50 |
| 3/13/2007 | Checks to be sent to Claimants - 189 @ $0.50/ea.. | $ | 94.50 |
| 3/14/2007 | Processing of Address Corrections provided by US Post Office - 38 @ $1.39 | $ | 52.82 |
| 3/15/2007 | FedEx expense. | $ | 100.00 |
| 3/15/2007 | Information Services time to calculate distribution amounts. | $ | 460.00 |
| 3/15/2007 | Information Services time to disable phone and web site. | $ | 115.00 |
| 3/15/2007 | Information Services time to print Claimant/Attorney and State of CT checks. | $ | 115.00 |
| 3/15/2007 | Information Services time to print Claimant/Attorney and State of CT letters. | $ | 115.00 |
| 3/15/2007 | Information Services time to provide RFND and uncashed check reporting. | $ | 230.00 |
| 3/15/2007 | Information Services time to report on funds due State of CT. | $ | 230.00 |
| 3/15/2007 | Post Distribution activities. | $ | 1,000.00 |
| 3/15/2007 | Project Management time for 1099 reporting. | $ | 250.00 |
| 3/15/2007 | Project Management time for misc. activities. | $ | 750.00 |
| 3/15/2007 | Project Management time for RFND and uncashed check reporting. | $ | 250.00 |
| 3/15/2007 | Project Management time to calculate and coordinate distribution amounts. | $ | 375.00 |
| 3/15/2007 | Project Management time to complete and transmit estimate. | $ | 250.00 |
| 3/15/2007 | Project Management time to report on funds due State of CT and answer questions. | $ | 625.00 |
| 3/15/2007 | Project Management time to review data | $ | 187.50 |
| 3/16/2007 | Issue 1099's - 192 @ $1.75/ea.. | $ | 336.00 |