FILED

UNITED STATES DISTRICT COURT

2007 NOV -2  A 10: 07

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT

| | | |
|---|---|---|
| LORENZO FOREMAN, ET AL., | : | CIVIL NO. 3:01CV0061 (WIG) |
| v. | : | November 2, |
| STATE OF CONNECTICUT, ET AL., | : | ~~OCTOBER~~ ___, 2007 |

## ORDER OF DISMISSAL

The court, having received and reviewed the final report of the Claims Administrator, and in accordance with the terms of the Settlement Agreement approved by the court on August 3, 2006, hereby orders that this matter is dismissed, with prejudice and with costs and fees having been awarded as described in the Settlement Agreement.

BY: _____
William I. Garfinkel
United States Magistrate Judge